## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No.   23-30132 |
| | ) | Honorable Shon Hastings |
| Christopher Wayne Glenn, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | MOTION FOR TELEPHONIC |
| | ) | APPEARANCE |
| JPMORGAN CHASE BANK, N.A. | ) | |
| S/B/M/T CHASE BANK USA, N.A., | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Christopher Wayne Glenn, | ) | |
| Debtor, | ) | |
| and | ) | |
| | ) | |
| Thomas Kapusta Trustee, | ) | |
| Respondents. | ) | |

**COMES NOW** JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. ("Chase"), by counsel, respectfully moves this Court to allow for a telephonic appearance on its Opposition to Debtor's Omnibus Objection to Claims 2,3,5,6,14,17,18 and, in support thereof, states as follows:

1. On July 7, 2023, Debtor filed an Omnibus Objection to Claims and on August 8, 2023, Chase filed an Oppostion to said Objection with regard to Claims #2 and 3.

2. A hearing has been set for August 15, 2023 at 2:00 p.m. in the Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102.

3. Counsel for Chase is unable to appear in Fargo, North Dakota.

4. Counsel for Chase has been licensed to practice in North Dakota for 11 years and appeared telephonically on multiple occasions and so, is familiar with this Court's procedure.

5. Counsel does not intend to call any witnesses nor present any evidence in addition to the documents attached as exhibits to its Response.

6.  Counsel for Debtor consents to Counsel for Chase appearing telephonically.

WHEREFORE, Counsel for Chase respectfully requests that this Court allow her to appear telephonically.

Respectfully submitted,

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri  63105
(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com

## CERTIFICATE OF SERVICE

I certify that on August 10, 2023, a copy of the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| Maurice VerStandig | Attorney for Debtor |
| Attorney for Christopher Wayne Glenn | |
| mac@mbvesq.com | |
| | |
| Thomas Kapusta | Trustee |
| tkapusta@aol.com | |
| | |
| Robert B. Raschke | |
| USTPRegion12.SX.ECF@usdoj.gov | |

I further certify that on August 10, 2023, a copy of the foregoing document was mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Christopher Wayne Glenn | Debtor |
| 12548 24th St NW | |
| Watford City ND 58854 | |

Dated: August 10, 2023                              By: /s/ Kathryn A. Klein
                                                                            Kathryn A. Klein