IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

## WITNESS AND EXHIBIT LIST FOR AUGUST 15, 2023 HEARING

Comes now Christopher Wayne Glenn ("Mr. Glenn" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 9013-1(D), and furnishes this list of witnesses and exhibits to be called and introduced at a hearing on Mr. Glenn's objection to two of the three claims of JPMorgan Chase Bank, N.A. ("JPMorgan"), on August 15, 2023:

**Witnesses**

1. Mr. Glenn

2. Any witness called by JPMorgan

**Exhibits**

a. None

Respectfully submitted,

Dated: August 11, 2023          By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com
                                        *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

I HEREBY CERTIFY that on this 11th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being thereby sent to:

Sarah J. Wencil, Esq.
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
sarah.j.wencil@usdoj.gov
*Counsel for the US Trustee*

Thomas Kapusta, Esq.
P.O. Box 90624
Sioux Falls, South Dakota 57109
tkapusta@aol.com
*Subchapter V Trustee*

Douglas W. Murch, Esq.
CONMY FESTE LTD.
P.O. Box 2686
Fargo, North Dakota 58108-2686
dmurch@conmylaw.com
*Counsel for Ford Motor Credit Company LLC*

Katelyn Krabbenhoft, Esq.
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
*Counsel for Wells Fargo Bank, N.A.*

John M. Krings, Jr., Esq.
Kaler Doeling, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, North Dakota 58106-9231
*Counsel for Lighthouse Management Group Inc.*

Kathryn A. Klein, Esq.
Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
*Counsel for JPMorgan Chase Bank, N.A.*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2