## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No.  23-30132 |
| | ) | Honorable Shon Hastings |
| Christopher Wayne Glenn, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | MOTION FOR VIDEO |
| | ) | APPEARANCE |
| JPMORGAN CHASE BANK, N.A. | ) | |
| S/B/M/T CHASE BANK USA, N.A., | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Christopher Wayne Glenn, | ) | |
| Debtor, | ) | |
| and | ) | |
| | ) | |
| Thomas Kapusta Trustee, | ) | |
| Respondents. | ) | |

**COMES NOW** JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. ("Chase"), by counsel, respectfully moves this Court to allow for a video appearance on its Opposition to Debtor's Omnibus Objection to Claims 2,3,5,6,14,17,18 and, in support thereof, states as follows:

1. On July 7, 2023, Debtor filed an Omnibus Objection to Claims and on August 8, 2023, Chase filed an Oppostion to said Objection with regard to Claims #2 and 3.

2. A hearing has been set for August 15, 2023 at 2:00 p.m. in the Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102.

3. This Court has granted Chase's counsel's request to appear telephonically, but counsel would prefer to appear by video.

4. Counsel for Debtor consents to Counsel for Chase appearing by video.

WHEREFORE, Counsel for Chase respectfully requests that this Court allow her to appear by video.

                                                                                Respectfully submitted,

                                                                                RIEZMAN BERGER, P.C.

                                                                                **/s/ Kathryn A. Klein**
                                                                                Kathryn A. Klein
                                                                                7700 Bonhomme Avenue, 7th Floor
                                                                                St. Louis, Missouri   63105
                                                                                (314) 727-0101
                                                                                Fax (314) 727-1086
                                                                                kak@riezmanberger.com

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, a copy of the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| Maurice VerStandig<br>Attorney for Christopher Wayne Glenn<br>mac@mbvesq.com | Attorney for Debtor |
| Thomas Kapusta<br>tkapusta@aol.com | Trustee |
| Robert B. Raschke<br>USTPRegion12.SX.ECF@usdoj.gov | |

I further certify that on August 14, 2023, a copy of the foregoing document was mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Christopher Wayne Glenn<br>12548 24th St NW<br>Watford City ND 58854 | Debtor |

Dated: August 14, 2023                                                       By: /s/ Kathryn A. Klein
                                                                                       Kathryn A. Klein