United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30132-skh

Christopher Wayne Glenn  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Aug 14, 2023  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 1083381 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2023 18:56:10 | Wells Fargo Bank, N.A., Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin J. Mann | on behalf of Creditor Nationstar Mortgage LLC ben@hwmlawfirm.com ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com |
| Douglas Murch | on behalf of Creditor Ford Motor Credit Company dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| John M Krings, Jr. | on behalf of Creditor Lighthouse Management Group  Inc. john@kaler-doeling.com, janae@kaler-doeling.com |
| Katelyn Marie Krabbenhoft | on behalf of Creditor Wells Fargo Bank  N.A. katelyn@hwmlawfirm.com |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: trc | Total Noticed: 1 |

Kathryn A Klein
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. S/B/M/T CHASE BANK USA, N.A. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

Maurice VerStandig
    on behalf of Debtor Christopher Wayne Glenn mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Sean T. Foss
    on behalf of Creditor First International Bank & Trust sfoss@fibt.com

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 10

Case 23-30132   Doc 77   Filed 08/16/23   Entered 08/16/23 23:28:36   Desc Imaged
Certificate of Notice   Page 2 of 3

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 23-30132
Chapter 11

In re: Debtor(s) (including Name and Address)

Christopher Wayne Glenn
12548 24th St NW
Watford City ND 58854

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/14/2023.

Name and Address of Alleged Transferor(s):

Claim No. 15: Wells Fargo Bank, N.A., Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-9790

Name and Address of Transferee:

Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

**-- DEADLINE TO OBJECT TO TRANSFER --**

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/23

Kay A. Melquist
**CLERK OF THE COURT**