UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Christopher Wayne Glenn, | ) | Case No. 23-30132 |
| Aka Christopher Glenn, | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

MOTION TO APPEAR BY VIDEO CONFERENCE

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-1 allowing him to appear by video conference Monday, August 28, 2023 at 9:30am for the hearing on confirmation.

The Subchapter V Trustee has filed no objections to confirmation of the plan.  Travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Trustee requests that he be allowed to appear by video conference.

Dated: August 23, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Christopher Wayne Glenn, | ) | Case No. 23-30132 |
| Aka Christopher Glenn, | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  August 23, 2023

/s/ Thomas Kapusta
Thomas Kapusta