UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Christopher Wayne Glenn                                    Bankr. No. 23-30132

    Debtor.                                                           Chapter 11

_____

# MOTION TO APPEAR BY TELEPHONE

_____

    Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Monday, August 28, 2023 at 9:30 a.m. on the confirmation of the subchapter V plan .

    1.    The U.S. Trustee has filed an objection.  The objection does not require the U.S. Trustee to submit evidence or examine witnesses.

    2.    Travel to Fargo, North Dakota would be unduly burdensome and expensive, particularly given the short notice of the hearing.

    WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: August 24, 2023                    MARY R. JENSEN
                                          Acting U.S. Trustee Region 12

                                          /s/ Sarah J. Wencil
                                          Sarah J. Wencil
                                          Trial Attorney
                                          IA Atty # 14014
                                          Office of the United States Trustee
                                          U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415
                                          (612) 334-1350

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**Christopher Wayne Glenn**                                     **Bankr. No. 23-30132**

**Debtor.**                                                                          **Chapter 11**

## UNSWORN CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that on August 24, 2023, I caused to filed electronically the following: Motion, thereby generating service by CM/ECF.

Executed on:    August 24, 2023

/s/ Sarah J. Wencil
**Sarah J. Wencil**
**Office of the United States Trustee**