Katelyn Krabbenhoft, USB Bar No. 8-6548
376 East 400 South, Ste. 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Facsimile: 801-328-9714
Email: katelyn@hwmlawfirm.com
File No.: CA21001
**Attorney for Nationstar Mortgage LLC**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In re: | Chapter 11 |
|---|---|
| CHRISTOPHER WAYNE GLENN, | Case No. 23-30132 |
| Debtor. | |

## MOTION TO APPEAR BY TELEPHONE

Katelyn Krabbenhoft, attorney for Nationstar Mortgage LLC, ("Movant"), hereby moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Monday, August 28, 2023, at 9:30 a.m. for the hearing on confirmation of the subchapter V plan. Her office address and phone number are set out above.

1. Movant has filed an objection. The objection does not require the Movant to submit evidence or examine witnesses. Travel to Fargo, North Dakota would be unduly burdensome and expensive, particularly given the short notice of the hearing.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated August 24, 2023

                                            Movant: Nationstar Mortgage LLC

                                            /s/ Katelyn Krabbenhoft
                                            Katelyn Krabbenhoft
                                            Halliday, Watkins & Mann, P.C.
                                            Attorney for Movant

CERTIFICATE OF SERVICE

I hereby certify that I caused for a true and correct copy of the foregoing MOTION TO APPEAR, by first class mail with postage duly prepaid, on August 24, 2023, to the following persons:

Christopher Wayne Glenn
12548 24th St NW
Watford City, ND 58854
Debtor
VIA U.S. MAIL

Christopher Wayne Glenn
933 E Ivy St
Hanford, CA 93230
Debtor
VIA U.S. MAIL

Maurice VerStandig
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
Debtor Attorney
VIA ECF

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109
Chapter 13 Trustee
VIA ECF

United States Trustee
300 South Fourth Street
Suite 1015 U.S. Courthouse
Minneapolis, MN 55415
VIA ECF

    /s/ Katelyn Krabbenhoft
    Katelyn Krabbenhoft