|  | Sep-23 | Oct.-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $0.00 | $0.00 | $15,000.00 | $0.00 |

|  | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $15,000.00 | $0.00 | $0.00 | $15,000.00 |

|  | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 |

|  | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $15,000.00 | $0.00 | $0.00 | $15,000.00 | $0.00 |

|  | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $15,000.00 | $0.00 | $0.00 | $15,000.00 |

|  | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 |

|  | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $15,000.00 | $0.00 | $0.00 | $15,000.00 | $0.00 |

|  | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $15,000.00 | $0.00 | $0.00 | $15,000.00 |

|  | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 |

|  | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $15,000.00 | $0.00 | $0.00 | $15,000.00 | $0.00 |

|  | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $15,000.00 | $0.00 | $0.00 | $15,000.00 |

|  | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 |
|---|---|---|---|---|---|
| **Chris Glenn Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 |
| **Total Income** | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 |
|  |  |  |  |  |  |
| **Payroll Deductions** | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Water/Sewer/Garbage** | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| **Telephone** | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Childcare** | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 | $4,422.92 |
| **Clothing/Laundry** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Personal Care Products** | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| **Medical/Dental** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Transportation** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Entertainment** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **Charitable Donations** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **Life Insurance** | $247.00 | $247.00 | $247.00 | $247.00 | $247.00 |
| **Auto Insurance** | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 | $1,137.12 |
| **Car Payment #1** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Car Payment #2** | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 | $1,775.87 |
| **Total Expenses** | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 | $24,957.78 |
|  |  |  |  |  |  |
| **Distribution from Glenn LLC** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| **Plan Payment** | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 |

|  | Sep-28 |
|---|---:|
| **Chris Glenn Income** | $12,500.00 |
| **Non-Filing Spouse Income** | $12,500.00 |
| **Total Income** | $25,000.00 |
|  |  |
| **Payroll Deductions** | $5,500.00 |
| **Mortgage Payment (ND)** | $4,699.00 |
| **Mortgage Payment (CA)** | $1,015.87 |
| **Electricity/Heat/Gas** | $400.00 |
| **Water/Sewer/Garbage** | $350.00 |
| **Telephone** | $1,075.00 |
| **Food/Housekeeping Supplies** | $1,500.00 |
| **Childcare** | $4,422.92 |
| **Clothing/Laundry** | $250.00 |
| **Personal Care Products** | $75.00 |
| **Medical/Dental** | $300.00 |
| **Transportation** | $200.00 |
| **Entertainment** | $200.00 |
| **Charitable Donations** | $60.00 |
| **Life Insurance** | $247.00 |
| **Auto Insurance** | $1,137.12 |
| **Car Payment #1** | $1,750.00 |
| **Car Payment #2** | $1,775.87 |
| **Total Expenses** | $24,957.78 |
|  |  |
| **Distribution from Glenn LLC** | $5,000.00 |
| **Plan Payment** | $15,000.00 |