|          | Dec-23         | Mar-24         | Jun-24         | Sep-24         | Dec-24         |
|----------|----------------|----------------|----------------|----------------|----------------|
| Admin    | $10,000.00     | $0.00          | $0.00          | $0.00          | $0.00          |
| Priority | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Class 1  | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| Class 2  | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| Class 3  | Direct Payment | Direct Payment | Direct Payment | $0.00          | $0.00          |
| Class 4  | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Class 5  | $5,000.00      | $15,000.00     | $15,000.00     | $15,000.00     | $15,000.00     |
| Class 6  | n/a            | n/a            | n/a            | n/a            | n/a            |

|          | Mar-25         | Jun-25         | Sep-25         | Dec-25         | Mar-26         |
|----------|----------------|----------------|----------------|----------------|----------------|
| Admin    | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Priority | $15,000.00     | $15,000.00     | $15,000.00     | $15,000.00     | $15,000.00     |
| Class 1  | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| Class 2  | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| Class 3  | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Class 4  | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Class 5  | $0.00          | $0.00          | $0.00          | $0.00          | $0.00          |
| Class 6  | n/a            | n/a            | n/a            | n/a            | n/a            |

|          | Jun-26 | Sep-26 | Dec-26 | Mar-27 |
|----------|--------|--------|--------|--------|
| **Admin**    | $0.00 | $0.00 | $0.00 | $0.00 |
| **Priority** | $15,000.00 | $10,000.00 | $0.00 | $0.00 |
| **Class 1**  | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| **Class 2**  | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| **Class 3**  | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4**  | $0.00 | $0.00 | $15,000.00 | $15,000.00 |
| **Class 5**  | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 6**  | n/a | n/a | n/a | n/a |

|  | Jun-27 | Sep-27 | Dec-27 | Mar-28 | Jun-28 |
|---|---|---|---|---|---|
| **Admin** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Priority** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 1** | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| **Class 2** | Direct Payment | Direct Payment | Direct Payment | Direct Payment | Direct Payment |
| **Class 3** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4** | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $8,645.56 |
| **Class 5** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 6** | n/a | n/a | n/a | n/a | n/a |

|          | Sep-28          |
|----------|-----------------|
| Admin    | $0.00           |
| Priority | $0.00           |
| Class 1  | Direct Payment  |
| Class 2  | Direct Payment  |
| Class 3  | $0.00           |
| Class 4  | $0.00           |
| Class 5  | $0.00           |
| Class 6  | n/a             |