IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT OF CHRISTOPHER WAYNE
GLENN  IN SUPPORT OF CONFIRMATION**

1. My name is Christopher Wayne Glenn, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the debtor in the above-referenced matter.

3. I am familiar with the plan of reorganization (the "Plan," as found at DE #54) filed in the above-captioned matter.

4. To the best of my knowledge, the Plan complies with all applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code").

5. To the best of my knowledge, I have, at all times relevant, been compliant with all applicable provisions of the Bankruptcy Code.

6. The Plan has been proposed in good faith and, more specifically, in furtherance of an earnest effort to ensure the payment of all creditors of my estate, in full, in a reasonable and timely fashion.

7. The Plan does not contemplate the payment of any administrative professional claims without court approval and no such payments have been made, without court approval, since the commencement of this case.

8. I am a natural person and, accordingly, do not have directors, officers, or a voting trustee.

9. No government regulatory commission has jurisdiction over the wages I earn, saving and excepting my obligation to tender a portion of those wages to applicable taxing authorities.

10. The Plan pays all secured claims pursuant to the terms of the underlying debt obligations, with modification or subordination.

11. I am current on the payment of all secured debt obligations and do not know of any deficiency or late payment that is extant as of present.

12. An impaired class has voted to accept the Plan.

13. I do not reasonably anticipate seeking to liquidate my assets.

14. I am not personally obligated to pay any retiree benefits.

15. I am not personally bound to pay any domestic support obligations.

16. The Plan fully commits my projected disposable income over the coming five years, *except* that such commitment does not extend beyond the payment of 100% of allowed claims.

17. I have reviewed the liquidation analysis appended to the Plan and believe the Plan will pay to all creditors at least as much as they would receive pursuant to a case under Chapter 7 of the Bankruptcy Code.

18. It is my sincere and informed belief that the Plan is fair and equitable, with the Plan being constructed with an emphasis on paying *all* creditors holding allowed claims, in full, as expediently as possible.

19. I do not believe the Plan to discriminate unfairly in any regard and, to the contrary, note that pursuant to the terms of the Plan my equity interest will be paid only after creditors have been paid in full.

20. Further affiant sayeth naught.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 8/25/2023

DocuSigned by:
*Christopher Glenn*
15FD4D452BA9420...
Christopher Wayne Glenn