IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

## BALLOT SUMMARY

Comes now Christopher Wayne Glenn ("Mr. Glenn" or the "Debtor"), by and through undersigned counsel, and furnishes the following summary of the singular ballot cast in connection with the proposed plan of reorganization (the "Plan," as found at DE #54) herein:

The only ballot returned came from Lund Oil, Inc. ("Lund Oil"), *see* Ballot, attached hereto as Exhibit A, which is in favor of confirmation of the Plan. Inasmuch as Lund Oil comprises 100% of Class 5 under the Plan, and Class 5 is both an impaired and accepting class, the Plan does comply with the rigors of Section 1129(a)(10) of the Bankruptcy Code.[1]

Respectfully submitted,

Dated: August 26, 2023    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

---

[1] Pursuant to Section 1191(b) of the Bankruptcy Code, compliance with Section 1129(a)(10) is unnecessary in a proceeding under Subchapter V. But Mr. Glenn is nonetheless delighted to have an impaired class accept his Plan.

1

I HEREBY CERTIFY that on this 26th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being thereby sent to:

Sarah J. Wencil, Esq.
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
sarah.j.wencil@usdoj.gov
*Counsel for the US Trustee*

Thomas Kapusta, Esq.
P.O. Box 90624
Sioux Falls, South Dakota 57109
tkapusta@aol.com
*Subchapter V Trustee*

Douglas W. Murch, Esq.
CONMY FESTE LTD.
P.O. Box 2686
Fargo, North Dakota 58108-2686
dmurch@conmylaw.com
*Counsel for Ford Motor Credit Company LLC*

Katelyn Krabbenhoft, Esq.
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
*Counsel for Wells Fargo Bank, N.A.*

John M. Krings, Jr., Esq.
Kaler Doeling, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, North Dakota 58106-9231
*Counsel for Lighthouse Management Group Inc.*

Kathryn A. Klein, Esq.
Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
*Counsel for JPMorgan Chase Bank, N.A.*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2