**MOHELA®**
A Department of Education Servicer

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

AUGUST 17, 2023

CHRISTOPHER GLENN
PO BOX 2337
WATFORD CITY ND 58854



ACCT NUMBER: 7373484125

Christopher Glenn,

**Congratulations! The Biden-Harris Administration has forgiven your federal student loan(s) listed below with MOHELA in full.**

This debt relief was processed as part of the Biden-Harris Administration's one-time account adjustment because your student loan(s) have been in repayment of at least 20 or 25 years. An adjustment to your account updated the number of payments that qualify towards income-driven repayment (IDR) forgiveness. This forgiveness is effective as of 11/12/2021.

| Loan Type or Program | First Disbursement Date | Original Principal Balance |
|---|---|---|
| DLSCNS | 04/01/2013 | $10,675.71 |
| DLUCNS | 04/01/2013 | $10,204.95 |

Log in to your account for details at mohela.com.

p 888.866.4352 I f 866.222.7060 I TDD Dial 711 I 7A-8P M, 7A-7P T-W, 7A-5P TH-F CT I mohela.com
fb.com/MOHELA.usa   @MOHELA   633 Spirit Drive I Chesterfield, MO 63005-1243