United States Bankruptcy Court
District of North Dakota

In re:   Case No. 23-30132-skh
Christopher Wayne Glenn   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3    User: admin    Page 1 of 2
Date Rcvd: Aug 30, 2023    Form ID: pdf2some    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

**Recip ID    Recipient Name and Address**
db    + Christopher Wayne Glenn, 12548 24th St NW, Watford City, ND 58854-6852

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

**Name    Email Address**

Benjamin J. Mann
     on behalf of Creditor Nationstar Mortgage LLC ben@hwmlawfirm.com
     ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com

Douglas Murch
     on behalf of Creditor Ford Motor Credit Company dmurch@conmylaw.com
     rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch
     on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing dmurch@conmylaw.com
     rstallman@conmylaw.com;landerson@conmylaw.com

John M Krings, Jr.
     on behalf of Creditor Lighthouse Management Group Inc. john@kaler-doeling.com, janae@kaler-doeling.com

Katelyn Marie Krabbenhoft
     on behalf of Creditor Wells Fargo Bank N.A. katelyn@hwmlawfirm.com

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: pdf2some | Total Noticed: 1 |

Katelyn Marie Krabbenhoft
    on behalf of Creditor Nationstar Mortgage LLC katelyn@hwmlawfirm.com

Kathryn A Klein
    on behalf of Creditor JPMorgan Chase Bank  N.A. s/b/m/t Chase Bank USA, N.A. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

Maurice VerStandig
    on behalf of Debtor Christopher Wayne Glenn mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Kirby-Smith Machinery  Inc. mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Sean T. Foss
    on behalf of Creditor First International Bank & Trust sfoss@fibt.com

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                Bankruptcy No. 23-30132

Christopher Wayne Glenn,                                  Chapter 11, Subchapter V
aka Christopher Glenn,

                        Debtor.
_____ /

## ORDER CONFIRMING DEBTOR'S SUBCHAPTER V
## PLAN OF REORGANIZATION

      Debtor Christopher Wayne Glenn filed his Subchapter V Plan of Reorganization on July 24, 2023.  Doc. 54.  He served the plan and notice of confirmation hearing and related deadlines.  The United States Trustee, ACAR Leasing Ltd. d/b/a GM Financial Leasing and Nationstar Mortgage, LLC, filed objections.  Docs. 73, 78 and 79.  Lund Oil, Inc., the only creditor to return a ballot, voted to accept the plan.  Doc. 88.  Prior to the confirmation hearing, Debtor negotiated with the parties that filed objections and prepared an amended plan, which he attached to his Response to Objections to Plan Confirmation.  Doc. 89.

      The Court held a confirmation hearing on August 28, 2023.  Prompted by concerns and representations during the hearing, Debtor filed Christopher Wayne Glenn's First Amended Subchapter V Plan of Reorganization.  Doc. 96.  Upon review of the First Amended Subchapter V Plan, the Court finds that the revisions in it do not adversely affect the substantive rights of creditors and other interested parties who received notice of the original plan.

      Based on the original plan and revisions to it (Docs. 54, 96), the plan exhibits, the Affidavit of Christopher Wayne Glenn in Support of Confirmation (Doc. 87) and other evidence received at the hearing, and for the reasons stated on the record, the Court finds:

1. The First Amended Subchapter V Plan includes a brief history of Debtor's business operations, a liquidation analysis and projections showing Debtor's ability to make payments under the plan.

2. The liquidation analysis and other evidence establishes that, with respect to each impaired class, each holder of an Allowed Claim has voted to accept the First Amended Subchapter V Plan, deemed to have accepted the plan or will receive under the plan on account of such Allowed Claim property of a value, as of the Effective Date, that is not less than the amount such holder would receive if Debtor liquidated his assets on the Effective Date under Chapter 7 of the Bankruptcy Code.  As a result, the requirements of 11 U.S.C. § 1129(a)(7) are satisfied.

3. Debtor's cash flow projections and supporting testimony establish Debtor will generate earnings or other income sufficient to meet his needs and make his proposed payments over the term of the plan.  Accordingly, the plan is feasible.

4. The First Amended Subchapter V Plan meets the applicable requirements of 11 U.S.C. §§ 1129(a) and 1191.

5. The term of the First Amended Subchapter V Plan is reasonable and appropriate under the circumstances.

6. Debtor is making his best efforts and has proposed the First Amended Subchapter V Plan in good faith and not by any means forbidden by law.

7. The First Amended Subchapter V Plan is a nonconsensual plan.  The Court finds that the plan does not discriminate unfairly and is fair and equitable.

8. Based on the terms of the plan, the Subchapter V Trustee will act as disbursing agent. If he resigns or becomes unavailable, the United States Trustee will appoint a new disbursing agent. After Debtor obtains his discharge under section 1192, the Subchapter V Trustee will file his final report and account of the administration of the estate in accordance with section 1183(b)(1).

Accordingly, IT IS ORDERED that Christopher Wayne Glenn's First Amended Subchapter V Plan of Reorganization [Doc. 96] filed on August 28, 2023, is CONFIRMED under 11 U.S.C. § 1191(b).

Dated: August 30, 2023.

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT