```
USPS FIRST CLASS MAILING RECIPIENTS.
Parties whose names are struck through were Mailing Matrix First-Class USPS Mail Service.
CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING     ACAR LEASING LTD DBA GM FINANCIAL     (P)FIRST INTERNATIONAL BANK  TRUST
NCRS ADDRESS DOWNLOAD                 LEASING                               ATTN ATTN LEGAL
CASE 23-30132                         PO BOX 183853                         3001 25TH STREET SOUTH
DISTRICT OF NORTH DAKOTA              ARLINGTON  TX 76096-3853              FARGO ND 58103-6160
WED SEP 6 9-43-6 PST 2023


                                      EXCLUDE
(P)FORD MOTOR CREDIT COMPANY          (U)FORD MOTOR CREDIT COMPANY LLC      JPMORGAN CHASE BANK  NA SBMT CHASE BAN
P O BOX 62180                                                               CO RIEZMAN BERGER  PC
COLORADO SPRINGS CO 80962-2180                                              7700 BONHOMME AVENUE  7TH FLOOR
                                                                            ST LOUIS  MO 63105-1960


EXCLUDE                               EXCLUDE                               EXCLUDE
(U)KIRBYSMITH MACHINERY  INC          (U)LIGHTHOUSE MANAGEMENT GROUP  INC   (U)NATIONSTAR MORTGAGE LLC




EXCLUDE                               EXCLUDE                               EXCLUDE
(U)WELLS FARGO BANK  NA               US BANKRUPTCY COURT                   (D)ACAR LEASING LTD DBA GM FINANCIAL
                                      655 1ST AVENUE NORTH  SUITE 210       LEASING
                                      FARGO  ND 58102-4932                  PO BOX 183853
                                                                            ARLINGTON  TX 76096-3853


EXCLUDE                               EXCLUDE
(D)ACAR LEASING LTD DBA GM FINANCIAL  (D)ACAR LEASING LTD DBA GM FINANCIAL  ACUREN  INC
LEASING                               LEASING                               30 MAIN STREET SUITE 402
P O BOX 183853                        P O BOX 183853                        DANBURY  CT 06810-3004
ARLINGTON  TX 76096-3853              ARLINGTON  TX 76096-3853



AIRGAS USA  LLC                       AIRGAS  INC                           ALL POINTS CAPITAL
110 WEST 7TH ST SUITE 1400            259 NORTH RADNORCHESTER ROAD SUITE 100 275 BROADHOLLOW RD
TULSA OK 74119-1077                   RADNOR  PA 19087-5240                 MELVILLE  NY 11747-4863



ALL WHEEL FINANCIAL                   ALLY FINANCIAL                        AMERICAN EXPRESS NATIONAL BANK
500 FORD RD                           5591 CHAMBLEE DUNWOODY ROAD SUITE 210 CO BECKET AND LEE LLP
MINNEAPOLIS  MN 55426-1062            ATLANTA  GA 30338-4177                PO BOX 3001
                                                                            MALVERN  PA 19355-0701



AMERICREDITGM FINANCIAL               AMEX                                  AMEX
ATTN BANKRUPTCY                       CORRESPONDENCEBANKRUPTCY              PO BOX 981537
PO BOX 183853                         PO BOX 981540                         EL PASO  TX 79998-1537
ARLINGTON  TX 76096-3853              EL PASO  TX 79998-1540



AUTOMOTIVE   INDUSTRIAL DISTRIBUTORS OF AYSEGUL TEKMEN                      BELL LUMBER
BILL                                  38 BLACKPOOL ROAD                     778 1ST ST NW
PO BOX 1999                           REHOBOTH BEACH  DE 19971-3511         SAINT PAUL  MN 55112-3216
BILLINGS MT 59103-1999
```

USPS FIRST CLASS MAILING REQUIREMENTS: Mailing Matrix First Class USPS Mail Service.
Parties whose names are struck through were NOT sent a First Class USPS Mail Service.

| | | |
|---|---|---|
| BES SUPPLY<br>502 E CENTER AVE<br>CARLSBAD   NM 88220-6106 | BORDER STATES ELECTRIC<br>2400 38TH STREET SOUTH<br>FARGO   ND 58104-7873 | BORDER STATES INDUSTRIES   INC<br>CO NCS<br>729 MINER ROAD<br>HIGHLAND HEIGHTS   OH 44143-2117 |
| BORSHEIM CRANE SERVICES LL<br>PO BOX 1344 8 48TH AVE W<br>WILLISTON   ND 58802-1344 | BRAND SOURCECITI BANK<br>ATTN CITCORP CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS   MO 63179-0040 | BRAND SOURCECITI BANK<br>PO BOX 6497<br>SIOUX FALLS   SD 57117-6497 |
| C M HEAVY MACHINERY   LLC<br>PO BOX 309 111097 HWY27<br>OKEMAH   OK 74859-0309 | CO CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY   CA 93062-1389 | CM HEAVYMACHINERY   LLC<br>111097 OK 27<br>OKEMAH   OK 74859 |
| CSDZ   LLC<br>225 SOUTH SIXTH STREET SUITE 1900<br>MINNEAPOLIS   MN 55402-4638 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY   UT 84130-0285 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY   UT 84131-0293 |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE   NC  28272-1083 | CARL D NEFF<br>CSC STATION<br>112 S FRENCH STREET<br>WILMINGTON   DE 19801-5035 | CATERPILLAR INC<br>5205 NORTH OCONNOR BOULEVARD SUITE<br>IRVING   TX 75039-3712 |
| CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS   MO 63179-0040 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS   SD 57117-6217 | CROSS COUNTRY INFRASTRUCTURE SERVICES<br>2251 RIFLE STREET<br>AURORA   CO 80011-3531 |
| DELAWARE DIVISION OF REVENUE<br>820 N FRENCH STREET<br>WILMINGTON   DE 19801-3530 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | ~~EXCLUDE~~<br>~~(D)(P)FIRST INTERNATIONAL BANK   TRUST~~<br>~~ATTN ATTN LEGAL~~<br>~~3001 25TH STREET SOUTH~~<br>~~FARGO ND 58103-6160~~ |
| FIRST INTERNATIONAL BK<br>100 N MAIN<br>WATFORD CITY   ND 58854 | FORD MOTOR CREDIT<br>PO BOX 650574<br>DALLAS   TX 75265-0574 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 552679<br>DETROIT   MI  48255-2679 |
| FORD MOTOR CREDIT COMPANY LLC<br>CO WELTMAN   WEINBERG   REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND   OH 44131-1829 | HIGH COUNTRY FUSION INC<br>PO BOX 509<br>FAIRFIELD   ID 83327-0509 | HOLLAND PUMP CO<br>7312 WESTPORT PLACE<br>WEST PALM BEACH   FL 33413-1661 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were sent Notices via First Class USP Mail Service.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | JPMORGAN CHASE BANK   NA<br>SBMT CHASE BANK USA   NA<br>CO ROBERTSON   ANSCHUTZ   SCHNEID<br>CRANE   PARTNERS   PLLC<br>6409 CONGRESS AVENUE   SUITE 100<br>BOCA RATON   FL 33487-2853 | (P)JPMORGAN CHASE BANK   N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| KARA GLENN<br>12548 24TH ST NW<br>WATFORD CITY   ND 58854-6852 | KIRBYSMITH MACHINERY   INC<br>PO BOX 270300<br>OKLAHOMA CITY   OK 73137-0300 | KIRBYSMITH MACHINERY   INC<br>CO MICHAEL L GUST<br>ABST LAW   PC<br>4132 30TH AVENUE SOUTH   SUITE 100<br>FARGO   ND 58104-8407 |
| LIGHTSTREAM   A DIVISION OF TRUIST BANK<br>PO BOX 1847<br>WILSON   NC 27894-1847 | LINCOLN AUTOMOTIVE FIN<br>ATTN BANKRUTCY<br>PO BOX 54200<br>OMAHA   NE 68154-8000 | LINCOLN AUTOMOTIVE FIN<br>PO BOX 542000<br>OMAHA   NE 68154-8000 |
| LUND OIL   INC<br>3605 4TH AVE NE<br>WATFORD CITY   ND 58854-7001 | LUND OIL   INC<br>CO ROSS SUNDEEN   ESQ<br>JOHNSON   SUNDEEN 109 5TH ST SW<br>WATFORD CITY   ND 58854 | MANUFACTURERS AND TRADERS TRUST COMPAN<br>SUCCESSOR TO WILMINGTON TRUST COMPANY<br>7 ST PAUL STREET SUITE 820<br>BALTIMORE   MD 21202-1681 |
| MCCODY CONCRETE PRODUCTS<br>PO BOX 4005<br>WILLISTON   ND 58802-4005 | MIDWEST EROSION CONTROL<br>2715 PRAIRIE OAK DR<br>DICKINSON   ND 58601-6729 | MISSOURI BASIN MATERIALS<br>1813 NORTHERN PLAINS DR<br>BISMARCK   ND 58504-6846 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | NATIONSTAR MORTGAGE LLC<br>CO ALDRIDGE PITE   LLP<br>8880 RIO SAN DIEGO DRIVE   SUITE 725<br>SAN DIEGO   CA 92108-1619 |
| NATIONSTAR MORTGAGE LLC<br>CO BENJAMIN J MANN<br>HALLIDAY   WATKINS   MANN   PC<br>376 EAST 400 SOUTH   SUITE 300<br>SALT LAKE CITY   UT 84111-2906 | PACK PRIVATE CAPITAL   LLC<br>CO THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE<br>STR<br>WILMINGTON   DE 19801-1120 | PACK PRIVATE EQUITY<br>1905 WAYZATA BLVD W 320<br>WAYZATA   MN 55391-5006 |
| RDO EQUIPMENT INC<br>PO BOX 7160<br>FARGO   ND 58106-7160 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS   MN 55415-1320 | SILVER FOX ENERGY LLC<br>2312 126TH AVE C NW<br>WATFORD CITY   ND 58854 |
| SILVER FOX PIPELINE AND FACILITY<br>SERVICE<br>PO BOX 2337<br>WATFORD CITY   ND 58854-2337 | STATE OF DELAWARE DIVISION OF REVENUE<br>KATHLEEN CRUZMOREFIELD<br>PO BOX 8763<br>WILMINGTON   DE 19899-8763 | SUMMIT FLEET<br>3102 2ND AVE W<br>WILLISTON   ND 58801-2929 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USP4 Mail Service.

| | | |
|---|---|---|
| SUNBELT RENTALS<br>1004 HICKORY HILL LANE UNIT 1<br>HERMITAGE   TN 37076-1931 | TNT CRANE<br>925 S LOOP W<br>HOUSTON   TX 77054-4606 | TENET CORP<br>1100 OLD HIGHWAY 8 NW<br>SAINT PAUL   MN 55112-6447 |
| THE RAFTER D LLC<br>2802 JUAN ST<br>SAN DIEGO   CA 92110-2751 | TOWN   COUNTRY LEASING   LLC<br>1097 COMMERCIAL AVENUE   C<br>EAST PETERSBURG   PA 17520-1648 | TRUIST BANK<br>600 W BROADWAY<br>STE 2000<br>SAN DIEGO   CA 92101-3358 |
| TRUIST BANK<br>ATTN BANKRUPTCY MAIL CODE VARVW6290<br>PO BOX 85092<br>RICHMOND   VA 23285-5092 | TRUIST BANK<br>PO BOX 849<br>WILSON   NC 27894-0849 | UNITED RENTALS<br>450 GLASS LANE<br>MODESTO   CA 95356-9287 |
| UNITED RENTALS (NORTH AMERICA)   INC<br>CO CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY   CA 93062-1389 | VACUWORX GLOBAL LLC<br>10105 E 55TH PL<br>TULSA   OK 74146-6406 | VERIZON INC<br>26000 CANNON ROAD<br>BEDFORD   OH 44146-1807 |
| WAGNER RENTAL<br>4000 OSUNA ROAD NE<br>ALBUQUERQUE   NM 87109-4423 | WAGNER SMITH<br>135 N 22ND AVE<br>PHOENIX   AZ 85009 | WELLS FARGO BANK NA<br>PO BOX 14517<br>DES MOINES   IA 50306-3517 |
| WELLS FARGO BANK   NA<br>DEFAULT DOCUMENT PROCESSING<br>PO BOX 1629<br>MINNEAPOLIS   MN 55440-1629 | WELLS FARGO BANK   NA<br>CO KATELYN KRABBENHOFT<br>HALLIDAY   WATKINS   MANN   PC<br>376 EAST 400 SOUTH   SUITE 300<br>SALT LAKE CITY   UT 84111-2906 | WELLS FARGO BANK   NA   WELLS FARGO CARD SER<br>PO BOX 10438   MAC F823502F<br>DES MOINES   IA   50306-0438 |
| WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES   IA 50328-0001 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES   IA 50306-0335 | DEBTOR<br>CHRISTOPHER WAYNE GLENN<br>12548 24TH ST NW<br>WATFORD CITY   ND 58854-6852 |
| MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS   SD 57109-0624 |