IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FINAL APPLICATION OF THE DAKOTA BANKRUPTCY FIRM FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH REPRESENTATION OF <u>CHRISTOPHER WAYNE GLENN THROUGH PLAN CONFIRMATION</u>**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm, counsel for the Debtor in this case, have filed an application for compensation. A copy of the application is appended to this notice and being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: September 7, 2023      By:    <u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix is *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel).

/s/ Maurice B. VerStandig
Maurice B. VerStandig