```
USPS FIRST CLASS MAILING RECIPIENTS.
Parties whose names are struck through were not sent Matrix First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING       ACAR LEASING LTD DBA GM FINANCIAL      (P)FIRST INTERNATIONAL BANK  TRUST
NCRS ADDRESS DOWNLOAD                  LEASING                                ATTN ATTN LEGAL
CASE 23-30132                          PO BOX 183853                          3001 25TH STREET SOUTH
DISTRICT OF NORTH DAKOTA               ARLINGTON   TX 76096-3853              FARGO ND 58103-6160
WED SEP 6 9-43-6 PST 2023



                                       EXCLUDE
(P)FORD MOTOR CREDIT COMPANY           (U)FORD MOTOR CREDIT COMPANY LLC       JPMORGAN CHASE BANK  NA SBMT CHASE BAN
P O BOX 62180                                                                 CO RIEZMAN BERGER   PC
COLORADO SPRINGS CO 80962-2180                                                7700 BONHOMME AVENUE  7TH FLOOR
                                                                              ST LOUIS   MO 63105-1960



EXCLUDE                                EXCLUDE                                EXCLUDE
(U)KIRBYSMITH MACHINERY  INC           (U)LIGHTHOUSE MANAGEMENT GROUP  INC    (U)NATIONSTAR MORTGAGE LLC




EXCLUDE                                EXCLUDE                                EXCLUDE
(U)WELLS FARGO BANK  NA                US BANKRUPTCY COURT                    (D)ACAR LEASING LTD DBA GM FINANCIAL
                                       655 1ST AVENUE NORTH  SUITE 210        LEASING
                                       FARGO  ND 58102-4932                   PO BOX 183853
                                                                              ARLINGTON   TX 76096-3853



EXCLUDE                                EXCLUDE
(D)ACAR LEASING LTD DBA GM FINANCIAL   (D)ACAR LEASING LTD DBA GM FINANCIAL   ACUREN   INC
LEASING                                LEASING                                30 MAIN STREET SUITE 402
P O BOX 183853                         P O BOX 183853                         DANBURY   CT 06810-3004
ARLINGTON   TX 76096-3853              ARLINGTON   TX 76096-3853



AIRGAS USA  LLC                        AIRGAS  INC                            ALL POINTS CAPITAL
110 WEST 7TH ST SUITE 1400             259 NORTH RADNORCHESTER ROAD SUITE 100 275 BROADHOLLOW RD
TULSA OK 74119-1077                    RADNOR   PA 19087-5240                 MELVILLE   NY 11747-4863



ALL WHEEL FINANCIAL                    ALLY FINANCIAL                         AMERICAN EXPRESS NATIONAL BANK
500 FORD RD                            5591 CHAMBLEE DUNWOODY ROAD SUITE 210  CO BECKET AND LEE LLP
MINNEAPOLIS   MN 55426-1062            ATLANTA   GA 30338-4177                PO BOX 3001
                                                                              MALVERN   PA 19355-0701



AMERICREDITGM FINANCIAL                AMEX                                   AMEX
ATTN BANKRUPTCY                        CORRESPONDENCEBANKRUPTCY               PO BOX 981537
PO BOX 183853                          PO BOX 981540                          EL PASO   TX 79998-1537
ARLINGTON   TX 76096-3853              EL PASO   TX 79998-1540



AUTOMOTIVE   INDUSTRIAL DISTRIBUTORS OF AYSEGUL TEKMEN                        BELL LUMBER
BILL                                   38 BLACKPOOL ROAD                      778 1ST ST NW
PO BOX 1999                            REHOBOTH BEACH   DE 19971-3511         SAINT PAUL   MN 55112-3216
BILLINGS MT 59103-1999
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were Mailed via First Class USPS Mail Service.

BES SUPPLY
502 E CENTER AVE
CARLSBAD   NM 88220-6106

BORDER STATES ELECTRIC
2400 38TH STREET SOUTH
FARGO   ND 58104-7873

BORDER STATES INDUSTRIES   INC
CO NCS
729 MINER ROAD
HIGHLAND HEIGHTS   OH 44143-2117

BORSHEIM CRANE SERVICES LL
PO BOX 1344 8 48TH AVE W
WILLISTON   ND 58802-1344

BRAND SOURCECITI BANK
ATTN CITCORP CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS   MO 63179-0040

BRAND SOURCECITI BANK
PO BOX 6497
SIOUX FALLS   SD 57117-6497

C M HEAVY MACHINERY   LLC
PO BOX 309 111097 HWY27
OKEMAH   OK 74859-0309

CO CRF SOLUTIONS
PO BOX 1389
SIMI VALLEY   CA 93062-1389

CM HEAVYMACHINERY   LLC
111097 OK 27
OKEMAH   OK 74859

CSDZ   LLC
225 SOUTH SIXTH STREET SUITE 1900
MINNEAPOLIS   MN 55402-4638

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY   UT 84131-0293

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE   NC   28272-1083

CARL D NEFF
CSC STATION
112 S FRENCH STREET
WILMINGTON   DE 19801-5035

CATERPILLAR INC
5205 NORTH OCONNOR BOULEVARD SUITE
IRVING   TX 75039-3712

CITIBANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS   MO 63179-0040

CITIBANK
PO BOX 6217
SIOUX FALLS   SD 57117-6217

CROSS COUNTRY INFRASTRUCTURE SERVICES
2251 RIFLE STREET
AURORA   CO 80011-3531

DELAWARE DIVISION OF REVENUE
820 N FRENCH STREET
WILMINGTON   DE 19801-3530

DISCOVER BANK
PO BOX 3025
NEW ALBANY OHIO 43054-3025

~~EXCLUDE~~
~~(D)(P)FIRST INTERNATIONAL BANK   TRUST~~
~~ATTN ATTN LEGAL~~
~~3001  25TH STREET SOUTH~~
~~FARGO ND  58103-6160~~

FIRST INTERNATIONAL BK
100 N MAIN
WATFORD CITY   ND 58854

FORD MOTOR CREDIT
PO BOX 650574
DALLAS   TX 75265-0574

FORD MOTOR CREDIT COMPANY LLC
PO BOX 552679
DETROIT   MI   48255-2679

FORD MOTOR CREDIT COMPANY LLC
CO WELTMAN   WEINBERG   REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND   OH 44131-1829

HIGH COUNTRY FUSION INC
PO BOX 509
FAIRFIELD   ID 83327-0509

HOLLAND PUMP CO
7312 WESTPORT PLACE
WEST PALM BEACH   FL 33413-1661

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were sent via First Class USP Mail Service.

```
INTERNAL REVENUE SERVICE          JPMORGAN CHASE BANK  NA              (P)JPMORGAN CHASE BANK  N A
PO BOX 7346                       SBMT CHASE BANK USA  NA              BANKRUPTCY MAIL INTAKE TEAM
PHILADELPHIA  PA 19101-7346       CO ROBERTSON  ANSCHUTZ  SCHNEID      700 KANSAS LANE FLOOR 01
                                  CRANE  PARTNERS  PLLC                MONROE LA 71203-4774
                                  6409 CONGRESS AVENUE  SUITE 100
                                  BOCA RATON  FL 33487-2853


KARA GLENN                        KIRBYSMITH MACHINERY  INC            KIRBYSMITH MACHINERY  INC
12548 24TH ST NW                  PO BOX 270300                        CO MICHAEL L GUST
WATFORD CITY  ND 58854-6852       OKLAHOMA CITY  OK 73137-0300         ABST LAW  PC
                                                                       4132 30TH AVENUE SOUTH  SUITE 100
                                                                       FARGO  ND 58104-8407


LIGHTSTREAM  A DIVISION OF TRUIST BANK   LINCOLN AUTOMOTIVE FIN        LINCOLN AUTOMOTIVE FIN
PO BOX 1847                       ATTN BANKRUTCY                       PO BOX 542000
WILSON  NC 27894-1847             PO BOX 54200                         OMAHA  NE 68154-8000
                                  OMAHA  NE 68154-8000


LUND OIL  INC                     LUND OIL  INC                        MANUFACTURERS AND TRADERS TRUST COMPANY
3605 4TH AVE NE                   CO ROSS SUNDEEN  ESQ                 SUCCESSOR TO WILMINGTON TRUST COMPANY
WATFORD CITY  ND 58854-7001       JOHNSON  SUNDEEN 109 5TH ST SW       7 ST PAUL STREET SUITE 820
                                  WATFORD CITY  ND 58854               BALTIMORE  MD 21202-1681


MCCODY CONCRETE PRODUCTS          MIDWEST EROSION CONTROL              MISSOURI BASIN MATERIALS
PO BOX 4005                       2715 PRAIRIE OAK DR                  1813 NORTHERN PLAINS DR
WILLISTON  ND 58802-4005          DICKINSON  ND 58601-6729             BISMARCK  ND 58504-6846


(P)MOHELA                         (P)NATIONSTAR MORTGAGE LLC           NATIONSTAR MORTGAGE LLC
CLAIMS DEPARTMENT                 PO BOX 619096                        CO ALDRIDGE PITE  LLP
633 SPIRIT DRIVE                  DALLAS TX 75261-9096                 8880 RIO SAN DIEGO DRIVE  SUITE 725
CHESTERFIELD MO 63005-1243                                             SAN DIEGO  CA 92108-1619


NATIONSTAR MORTGAGE LLC           PACK PRIVATE CAPITAL  LLC            PACK PRIVATE EQUITY
CO BENJAMIN J MANN                CO THE CORPORATION TRUST COMPANY     1905 WAYZATA BLVD W 320
HALLIDAY  WATKINS  MANN  PC       CORPORATION TRUST CENTER 1209 ORANGE WAYZATA  MN 55391-5006
376 EAST 400 SOUTH  SUITE 300     STR
SALT LAKE CITY  UT 84111-2906     WILMINGTON  DE 19801-1120


RDO EQUIPMENT INC                 SARAH J WENCIL                       SILVER FOX ENERGY LLC
PO BOX 7160                       OFFICE OF THE US TRUSTEE             2312 126TH AVE C NW
FARGO  ND 58106-7160              SUITE 1015 US COURTHOUSE             WATFORD CITY  ND 58854
                                  300 SOUTH FOURTH ST
                                  MINNEAPOLIS  MN 55415-1320


SILVER FOX PIPELINE AND FACILITY  STATE OF DELAWARE DIVISION OF REVENUE  SUMMIT FLEET
SERVICE                           KATHLEEN CRUZMOREFIELD               3102 2ND AVE W
PO BOX 2337                       PO BOX 8763                          WILLISTON  ND 58801-2929
WATFORD CITY  ND 58854-2337       WILMINGTON  DE 19899-8763
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were Not Served via First Class USPS Mail Service.

```
SUNBELT RENTALS                          TNT CRANE                                TENET CORP
1004 HICKORY HILL LANE UNIT 1            925 S LOOP W                             1100 OLD HIGHWAY 8 NW
HERMITAGE   TN 37076-1931                HOUSTON   TX 77054-4606                  SAINT PAUL   MN 55112-6447


THE RAFTER D LLC                         TOWN  COUNTRY LEASING  LLC              TRUIST BANK
2802 JUAN ST                             1097 COMMERCIAL AVENUE  C                600 W BROADWAY
SAN DIEGO   CA 92110-2751                EAST PETERSBURG   PA 17520-1648          STE 2000
                                                                                  SAN DIEGO   CA 92101-3358


TRUIST BANK                              TRUIST BANK                              UNITED RENTALS
ATTN BANKRUPTCY MAIL CODE VARVW6290      PO BOX 849                               450 GLASS LANE
PO BOX 85092                             WILSON   NC 27894-0849                   MODESTO   CA 95356-9287
RICHMOND   VA 23285-5092


UNITED RENTALS (NORTH AMERICA)  INC      VACUWORX GLOBAL LLC                      VERIZON INC
CO CRF SOLUTIONS                         10105 E 55TH PL                          26000 CANNON ROAD
PO BOX 1389                              TULSA   OK 74146-6406                    BEDFORD   OH 44146-1807
SIMI VALLEY   CA 93062-1389


WAGNER RENTAL                            WAGNER SMITH                             WELLS FARGO BANK NA
4000 OSUNA ROAD NE                       135 N 22ND AVE                           PO BOX 14517
ALBUQUERQUE   NM 87109-4423              PHOENIX   AZ 85009                       DES MOINES   IA 50306-3517


WELLS FARGO BANK  NA                     WELLS FARGO BANK  NA                     WELLS FARGO BANK  NA  WELLS FARGO CARD
DEFAULT DOCUMENT PROCESSING              CO KATELYN KRABBENHOFT                   SER
PO BOX 1629                              HALLIDAY  WATKINS  MANN  PC              PO BOX 10438  MAC F823502F
MINNEAPOLIS   MN 55440-1629              376 EAST 400 SOUTH  SUITE 300            DES MOINES   IA  50306-0438
                                         SALT LAKE CITY   UT 84111-2906


                                                                                  DEBTOR
WELLS FARGO HOME MORTGAGE                WELLS FARGO HOME MORTGAGE                CHRISTOPHER WAYNE GLENN
ATTN BANKRUPTCY                          PO BOX 10335                             12548 24TH ST NW
1 HOME CAMPUS                            DES MOINES   IA 50306-0335               WATFORD CITY   ND 58854-6852
MAC X2303-01A
DES MOINES   IA 50328-0001


MAURICE VERSTANDIG                       ROBERT B RASCHKE                         THOMAS KAPUSTA
THE DAKOTA BANKRUPTCY FIRM               ASSISTANT US TRUSTEE                     PO BOX 90624
1630 1ST AVENUE N                        SUITE 1015 US COURTHOUSE                 SIOUX FALLS   SD 57109-0624
SUITE B PMB 24                           300 SOUTH FOURTH STREET
FARGO   ND 58102-4246                    MINNEAPOLIS   MN 55415-1320
```