UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER WAYNE GLENN | ) | Case No. 23-30132 |
| | ) | |
| aka Christopher Glenn | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |
| Debtor | ) | |

SECOND INTERIM APPLICATION OF THOMAS J. KAPUSTA FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, in his capacity as the Sub Chapter V Trustee d/b/a TK Enterprises, LLC. {"Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee's fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since being appointed same on April 26, 2023.

2. Thomas J. Kapusta is manager and sole member of TK Enterprises, LLC. Thomas J. Kapusta has over 40 years of experience as a practicing attorney in multiple jurisdictions.

3. Applicant has expended time in the form of professional services in support of this Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting the work

performed by the Applicant during the period covered by this Second Interim Application. Attached hereto as Exhibit "A" are the time records/invoicing (Invoice #111) related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service at a rate of $275.00 per hour plus expenses noted, and the resulting fee charge on account of the service listed.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This first interim application includes fees, expenses and sales taxes in the aggregate amount of $3,738.93 including expenses in the amount of $409.56 and applicable sales tax in the amount of $194.37 for the period of August 1, 2023, through October 13, 2023, that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) meeting with the United States Trustee's office and court including the Initial Debtor Interview; the first meeting of creditors; working with Debtor Counsel and with Debtor and debtors creditors, (iii) reviewing any Debtor monthly operating reports; (iv) and general work including financial analysis, review of motions and responding to inquiries, meeting with applicable creditors and debtor counsel regarding the Chapter 11 Sub Chapter V proceeding.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this Second Interim Fee Application were ordinary and necessary given the nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §, 330 and 331, approve the

allowance of fees and expenses as ought in this First Interim Fee Application and authorize the Debtor, as debtor in possession, to pay the balance of such fees and expenses as approved by the Court to the Applicant as funds are available in the DIP account maintained by the Debtor.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. § 330 and 331, enter an Order approving the Second Interim Application for Fee and Expenses of the Applicant, and award compensation for services rendered and expenses in the amount of $3,738.93 for the period covered in the Second Interim Application, and direct the Debtor to pay the balance of such fees and expenses to the Applicant from the debtor account as such funds become available without adversely affecting the ability of the Debtor to pay his ongoing expenses and otherwise perform the obligations of the Debtor, and for any and all other relief deemed just and equitable in the premises.

Dated: October 18, 2023

Signed: /s/Thomas Kapusta
Thomas Kapusta, Sub Chapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com

**Thomas J Kapusta**
**TK Enterprises, LLC**
**Subchapter V Trustee**
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
tkapusta@aol.com

**EXHIBIT A**

Bill To: Christoopher Wayne Glenn c/o Attorney Maurice VerStandig The Dakota Bankruptcy Firm
Address: The 1630 1st Avenue N., Suite B PMB 24, Fargo, ND 58102
Phone: 701-394-3215
Email: mac@mbvesq.com

Invoice #: 111
Invoice Date: October 14, 2023

Case Name: Christopher Wayne Glenn, aka Christopher Glenn
Case #: 23-30132

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 8/1/2023 | Review debtor counsel certificate of service | .1 hr | $27.50 |
| 8/1/2023 | Review notice of appearance filed by Attorney Masterson for Ford Motor Credit Co. | .1 hr | $27.50 |
| 8/5/2023 | Review Stiplulation between debtor and Lighthouse Management | .1 hr | $27.50 |
| 8/6/2023 | Prepare and submit monthly report to US Trustee Office | .1 hr | $27.50 |
| 8/8/2023 | Review entry order granting motion to extend date to object for Lighthouse Management | .1 hr | $27.50 |
| 8/9/2023 | Review JPMorgan's response to omnibus debtor objection to claims | .3 hr | $82.50 |
| 8/10/2023 | Review JPMorgan counsel motion for telephonic appearance and order entry granting motion | .2 hr | $55.00 |
| 8/10/2023 | Review Proof of Claim from RDO Equipment 25-1 | .2 hr | $55.00 |
| 8/10/2023 | Review order entry disallowing Staste of Delaware Division of Revenue claim 11 and order disallowing claims 5,6,14,17 &18 | .2 hr | $55.00 |
| 8/10/2023 | Review order entries sustaining debtor objections to claims 21 & 24 and canceling hearing | .2 hr | $55.00 |
| 8/10/2023 | Review email from USTO to debtor counsel on requested changes to debtor's plan | .2 hr | $55.00 |
| 8/12/2023 | Review witness and exhibit list for 8/15 hearing | .1 hr | $27.50 |
| 8/14/2023 | Review motion to Appear by video conference from JPMorgan Attorney and order granting motion | .2 hr | $55.00 |
| 8/14/2023 | Review transfer agreement Wells Fargo Mortgage to Mr. Cooper | .2 hr | $55.00 |
| 8/15/2023 | Review objection of ACAR Leasing to confirmation of debtor's plan | .2 hr | $55.00 |
| 8/15/2023 | Prepare for and attend hearing on objection and response to JPMorgan credit card claim | .8 hr | $220.00 |
| 8/16/2023 | Review docket entries and orders from 8/15/2023 hearing | .1 hr | $27.50 |
| 8/18/2023 | Review certificate of notice of claim transfers from Wells Fargo to NationStar | .1 hr | $27.50 |
| 8/18/2023 | Review USTO objection to debtor plan | .2 hr | $55.00 |
| 8/21/2023 | Review debtor counsel email re: status of MOR | .1 hr | $27.50 |
| 8/23/2023 | Prepare and file motion to appear by video conference | .3 hr | $82.50 |
| 8/23/2023 | Review objection to plan filed by NationsStar Mortgage | .2 hr | $55.00 |
| 8/24/2023 | Review order granting Subchapter V trustee to appear by video for 8/28 confirmation hearing | .1 hr | $27.50 |

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 8/24/2023 | Review motion to appear by telephone filed by USTO and order granting same | .2 hr | $55.00 |
| 8/25/2023 | Review docket entry relationships 82 & 32 and 82 & 54 | .1 hr | $27.50 |
| 8/25/2023 | Review debtor affidavit in support of plan and witness list and exhibits for 8/28 hearing | .3 hr | $82.50 |
| 8/25/2023 | Review motion to appear by telephon creditor NationStar/ Attorney Krabbenhoft #84 and order granting same | .2 hr | $55 |
| 8/25/2023 | Review docket entries 86 & 54 re: their relationship | .1 hr | $27.50 |
| 8/26/2023 | Review ballot summary and class 5 ballot accepting plan Lund Oil | .2 hr | $55 |
| 8/27/2023 | Review debtor's respons to the three filed objections to plan and review revised plan | .5 hr | $137.50 |
| 8/27/2023 | Review notice of appearance filed by Attorney Gust on behalf of creditor Kirby Smith Machinery | .1 hr | $27.50 |
| 8/27/2023 | Review objection to claim of RDO Equipment claim #25 | .4 hr | $110 |
| 8/27/2023 | Review debtor MOR for July and debtor bank statements | .4 hr | $110 |
| 8/27/2023 | Email exchanges with debtor counsel on debtor's employment status | .2 hr | $55 |
| 8/27/2023 | Prepare for confirmation hearing scheduled for 8/28 | 1.0 hr | $275 |
| 8/28/2023 | Review notice of hearing and objection claim and calendar events re: RDO Equipment | .2 hr | $55 |
| 8/28/2023 | Prepare for and attend confirmation hearing | 1.5 hr | $412.50 |
| 8/28/2023 | Review docket entry for confirmation hearing held same day | .1 hr | $27.50 |
| 8/30/2023 | Review debtor amended plan and court order approving same | .4 hr | $110 |
| 8/30/2023 | Review docket order approving Subchapter V trustee initial fee application | .1 hr | $27.50 |
| 9/6/2023 | Prepare and submit monthly report to US Trustee Office | .1 hr | $27.50 |
| 9/6/2023 | Review court certificate of notice approving debtor plan | .1 hr | $27.50 |
| 9/6/2023 | Review debtor counsel final fee application | .2 hr | $55 |
| 9/6/2023 | Review debtor certificate of service re: objection to RDO Equipment claim | .1 hr | $27.50 |
| 9/7/2023 | Review debtor counsel certificate of service regarding plan confirmation order | .1 hr | $27.50 |
| 9/7/2023 | Review debtor counsel notice of fee application and certificate of service | .1 hr | $27.50 |
| 10/4/2023 | Review docket entry order approving debtor counsel compensation, order sustaining debtor objection to proof of claim #25 and canceling hearing on same | .2 hr | $55 |
| 10/3/2023 | Prepare and submit monthly report to US Trustee Office | .1hr | $27.50 |
| | | | |
| 6/25/2023 | Review debtor MOR | .2 hr | $ 55.00 |
| 6/25/2023 | Initial review of additional bank statements for Glenn LLC and email to US Trustee and debtor counsel | .3 hr | $ 82.50 |

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 7/1/2023 | Submit monthly report to US Trustee Office | .1 hr | $ 27.50 |
| 7/2/2023 | Provide annual trustee report to US Trustee Office | .2 hr | $ 55.00 |
| 6/30/2023 | Review IRS inquiry review of missing tax return | .1 hr | $ 27.50 |
| 6/30/2023 | Review stipulation for adequate protection re: FMC and review court order hearing cancellation entry and certificate of mailing | .2 hr | $ 55.00 |
| 6/30/2023 | Review proof of claims Airgas 17-1 & 18-1, Kirby-Smith 19-1, FMC 20-1, Bordere States 21-1 | .6 hr | $ 165.00 |
| 7/3/2023 | Review proof of claim from Truist Bank 22-1 | .2 hr | $ 55.00 |
| 7/3/2023 | Review proof of claim Lund Oil 23-1 | .1 hr | $ 27.50 |
| 7/11/2023 | Review Airgas proof of claim 24-1 | .2 hr | $ 55.00 |
| 7/11/2023 | Review objection to claim of Airgas proof of claim | .2 hr | $ 55.00 |
| 7/12/2023 | Review objection to claim of State of Delaware Division of Revenue | .2 hr | $ 55.00 |
| 7/12/2023 | Review notice of objectgion to claim | .1 hr | $ 27.50 |
| 7/12/2023 | Review Omnibus Objection to various claims | .1 hr | $ 27.50 |
| 7/14/2023 | Review notice of objection to claim (omnibus) | .1 hr | $ 27.50 |
| 7/14/2023 | Review notice of appearance by Attorney Sean Foss | .1 hr | $ 27.50 |
| 7/14/2023 | Review certificate of service filed by debtor counsel | .1 hr | $ 27.50 |
| 7/14/2023 | Review request for special notice filed on behalf of Nationstar Mortgage | .1 hr | $ 27.50 |
| 7/21/2023 | Review notice of appearance of counsel Benjamin Mann for Nationstar Mortgage | .1 hr | $ 27.50 |
| 7/23/2023 | Review debtor counsel email and working draft of debtor's plan | .3 hr | $ 82.50 |
| 7/24/2023 | Review US Trustee's email response to working draft plan and debtor counsel response | .2 hr | $ 55.00 |
| 7/24/2023 | Summary review of notice of motion and motion to extend time to object to debtor's discharge filed by Lighthouse Management Group, receiver for Silver Fox Energy LLC | .3 hr | $ 82.50 |
| 7/25/2023 | Review MOR and bank statements provided by debtor | .3 hr | $ 82.50 |
| 7/26/2023 | Review debtor's filed plan | .2 hr | $ 55.00 |
|  | mailing service expense (copies, postage, envelopes) for second interim fee application | no sales tax charged | $64 |
|  | additional mailing expense from initial fee application not yet billed envelopes $64.92, additional postage $106.47, photocopies $174.17 | no sales tax charged | $345.56 |
|  |  | Invoice Subtotal for services only | $3,135 |
|  |  | SD Sales Tax @ 6.2% for services | $194.37 |

DUE UPON RECEIPT.

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| Make all checks payable to Thomas J Kapusta. | | TOTAL | $3,738.93 |

TRUSTEE SIGNATURE: ss/Thomas J. Kapusta
Date: October 18, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER WAYNE GLENN | ) | Case No. 23-30132 |
| | ) | |
| Aka Christoopher Glenn | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

NOTICE OF SECOND INTERIM APPLICATION OF THOMAS J. KAPUSTA
FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, Subchapter V Trustee, has filed an application to be paid from the bankruptcy estate $3135.00 for compensation for fees, $194.37 for sales tax, and $409.56 for reimbursement of expenses, for a total of $3,738.93 in fees, sales tax, and expenses. Your rights may be affected. You should read the application and this notice carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the application, you or your attorney have twenty-one (21) days to file a written objection with the Bankruptcy Clerk. The response must include the case name and case number and be signed and dated by you or your attorney. The response should also include your daytime telephone number or, if your attorney files the response, your attorney's telephone number. Only an attorney may file a response on behalf of a corporation, a partnership, or another formal legal entity.

If you are an attorney, you must file any response electronically. See additional information regarding electronic filing (CM/ECF) on the Court's website at www.ndb.uscourts.gov. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932. The response must be mailed early enough to ensure the Bankruptcy Clerk receives it on or before the deadline stated above.

If you or your attorney files a response, you or your attorney must also mail a copy of the response to parties in interest who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties in-interest listed in by contacting the Bankruptcy Clerk's office at (701) 297-7100.

A hearing on the application may be set by separate order if a response is filed on or before the deadline stated above. If you or your attorney files a response to the application on or before the deadline stated above, the Court will call you or your attorney at the scheduled hearing time using the

telephone number provided in the response. If an evidentiary hearing is needed, the Court will set the date, time, and place for the evidentiary hearing during the telephonic hearing. Only an attorney may represent a corporation, a partnership, or another formal legal entity at a hearing.

If no one files a response on or before the deadline stated above, the Court may enter an order granting the application without a hearing.

Dated: October 18, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee