# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

IN RE:

CHRISTOPHER WAYNE GLENN

CASE NO: 23-30132

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

---

On 10/18/2023, I did cause a copy of the following documents, described below,

Second Interim Application and Notice for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/18/2023

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: | CASE NO: 23-30132 |
| CHRISTOPHER WAYNE GLENN | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 10/18/2023, a copy of the following documents, described below,

Second Interim Application and Notice for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

USPS FIRST CLASS MAILING RECIPIENTS.
Parties with names struck through or labeled (d)(u)/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DEBTOR<br>CHRISTOPHER WAYNE GLENN<br>12548 24TH ST NW<br>WATFORD CITY ND 58854-6852 | FIRST CLASS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | FIRST CLASS<br>RDO EQUIPMENT INC<br>PO BOX 7160<br>FARGO ND 58106-7160 |
| FIRST CLASS<br>FIRST INTERNATIONAL BANK  TRUST<br>3001 25TH STREET SOUTH<br>FARGO ND 58103 | CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08683<br>CASE 23-30132<br>DISTRICT OF NORTH DAKOTA<br>FARGO<br>WED OCT 18 11-12-24 CDT 2023 | ACAR LEASING LTD<br>DBA GM FINANCIAL LEASING<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICREDITGM FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AUTOMOTIVE  INDUSTRIAL DISTRIBUTORS OF BILL<br>PO BOX 1999<br>BILLINGS MT 59103-1999 | BRAND SOURCECITI BANK<br>ATTN CITCORP CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| BRAND SOURCECITI BANK<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | CM HEAVYMACHINERY LLC<br>111097 OK 27<br>OKEMAH OK 74859 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| CITIBANK<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | FIRST INTERNATIONAL BK<br>100 N MAIN<br>WATFORD CITY ND 58854 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE  PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON  FL 33487-2853 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | KARA GLENN<br>12548 24TH ST NW<br>WATFORD CITY ND 58854-6852 |
| KIRBYSMITH MACHINERY INC<br>PO BOX 270300<br>OKLAHOMA CITY OK 73137-0300 | LIGHTSTREAM A DIVISION OF TRUIST BANK<br>PO BOX 1847<br>WILSON NC 27894-1847 | LUND OIL INC<br>CO ROSS SUNDEEN ESQ<br>JOHNSON  SUNDEEN 109 5TH ST SW<br>WATFORD CITY ND 58854 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled to NOTICE OF ECF SERVICE were not served via First Class USPS Mail Service.
```

```
LUND OIL INC                    MCCODY CONCRETE PRODUCTS        WELLS FARGO BANK NA
3605 4TH AVE NE                 PO BOX 4005                     PO BOX 14517
WATFORD CITY ND 58854-7001      WILLISTON ND 58802-4005         DES MOINES IA 50306-3517




WELLS FARGO BANK NA             WELLS FARGO BANK NA             WELLS FARGO HOME MORTGAGE
DEFAULT DOCUMENT PROCESSING     WELLS FARGO CARD SERVICES       ATTN BANKRUPTCY
PO BOX 1629                     PO BOX 10438 MAC F8235-02F      1 HOME CAMPUS
MINNEAPOLIS MN 55440-1629       DES MOINES IA 50306-0438        MAC X2303-01A
                                                                DES MOINES IA 50328-0001




WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES IA 50306-0335
```