UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: | |
|---|---|
| Christopher W. Glenn, | Bankruptcy Case No.: 23-30132 |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 2, 2024, she served a copy of:

1. **Motion for Relief from the Automatic Stay; and**

2. **Notice of Opportunity for Hearing on Motion.**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota and by U.S. Mail to the following:

See attached list of largest creditors

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

Acuren, Inc.
30 Main Street, Suite 402
Danbury, CT  06810

All Points Capital
275 Broadhollow Road
Melville, NY  11747

Ally Financial
5591 Chamblee Dunwoody Road
Suite 210
Atlanta, GA  30338

Aysegul Tekmen
38 Blackpool Road
Rehoboth Beach, DE  19971

Bell Lumber
778 1st Street NW
St. Paul, MN  55112

Border States Electric
2400 38th Street South
Fargo, ND  58103

C M Heavy Machinery, LLC
P.O. Box 309
111097 Highway 27
Okemah, OK  74859

Caterpillar Inc.
5205 North O'Connor Boulevard
Suite 100
Irving, TX  75039

Cross County Infrastructure Services
2251 Rifle Street
Aurora, CO  80011

CSDZ, LLC
225 South 6th Street, Suite 1900
Minneapolis, MN  55402

Ford Motor Credit
P.O. Box 650574
Dallas, TX  75265

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Manufacturers and Traders Trust Company
Successor to Wilmington Trust Company
7 St. Paul Street, Suite 820
Baltimore, MD  21202

RDO Equipment Inc.
225 Broadway North
Fargo, ND  58102

Summit Fleet
3102 2nd Avenue West
Williston, ND  58801

The Rafter D LLC
2802 Juan Street
San Diego, CA  92110

Truist Bank
P.O. Box 849
Wilson, NC  27894-0849

United Rentals
450 Glass Lane
Modesto, CA  95356

Vacuworx Global LLC
10105 East 55th Pl.
Tulsa, OK  74146

Wagner Smith
135 North 22nd Avenue
Phoenix, AZ  85009