Benjamin J. Mann, ND Bar No. 08371
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Facsimile: 801-328-9714
Email: ben@hwmlawfirm.com
File No.: CA21003
**Attorney for Nationstar Mortgage LLC**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In re: | Chapter 11 |
|---|---|
| CHRISTOPHER WAYNE GLENN aka CHRISTOPHER GLENN, | Case No.  23-30132 SH |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused for a true and correct copy of the foregoing NOTICE OF OPPORTUNITY FOR HEARING, MOTION FOR RELIEF FROM AUTOMATIC STAY, and DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY, by first class mail with postage duly prepaid, July 26, 2024 to the following:

**Acuren, Inc.**
30 Main Street Suite 402
Danbury, CT 06810

**Aysegul Tekmen**
38 Blackpool Road
Rehoboth Beach, DE19971

**C M Heavy Machinery, LLC**
PO Box 309 111097 Hwy27
Okemah, OK 74859

**All Points Capital**
75 Broadhollow Rd
Melville, NY 11747

**Bell Lumber**
778 1ST St NW
Saint Paul, MN 55112

**C M Heavy Machinery, LLC**
111097 Hwy 27
Okemah, OK 74859

**Ally Financial**
5591 Chamblee Dunwoody
Road Suite 210
Atlanta, GA 30338

**Border States Electric**
2400 38th Street South
Fargo, ND 58103

**Caterpillar Inc.**
5205 North O'Connor Boulevard
Suite 100
Irving, TX 75039

| | | |
|---|---|---|
| **Cross Country Infrastructure Services**<br>2251 Rifle Street<br>Aurora, CO 80011 | **Internal Revenue Service**<br>2970 Market St.<br>Philadelphia, PA 19104 | **The Rafter D LLC**<br>2802 Juan St<br>San Diego, CA 92110 |
| **CSDZ, LLC**<br>225 South Sixth Street<br>Suite 1900<br>Minneapolis, MN 55402 | **Manufacturers and Traders Trust Company**<br>Successor to Wilmington Trust Company<br>7 St. Paul Street Suite 820<br>Baltimore, MD 21202 | **Truist Bank**<br>PO Box 849<br>Wilson, NC 27894-0849<br><br>**Truist Bank**<br>214 N Tryon St<br>Charlotte, NC 28202 |
| **Ford Motor Credit**<br>PO Box 650574<br>Dallas, TX 75265 | **RDO Equipment Inc.**<br>PO Box 7160<br>Fargo, ND 58106 | **United Rentals**<br>450 Glass Lane<br>Modesto, CA 95356 |
| **Ford Motor Credit**<br>1501 North Plano Road<br>Suite 100<br>Richardson, TX 75081 | **RDO Equipment Inc.**<br>225 Broadway N<br>Fargo, ND 58102 | **Vacuworx Global LLC**<br>10105 E 55th Pl.<br>Tulsa, OK 74146 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Summit Fleet**<br>3102 2nd Ave W<br>Williston, ND 58801 | **Wagner Smith**<br>135 N. 22nd Ave.<br>Phoenix, AZ 85009 |

Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111


  /s/ Benjamin J. Mann
Benjamin J. Mann
Attorney for Nationstar Mortgage LLC