IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

### **AMENDED DISCLOSURE**

This is a Chapter 11 case originally filed on April 24, 2023, in which a plan of reorganization was confirmed nearly a year ago, on August 30, 2023. At no point during the pendency of this case did undersigned counsel receive any compensation for work herein other than that expressly disclosed—and expressly approved—by this Honorable Court. And at no point during the pendency of this case did undersigned counsel assume any representation(s) inconsistent with the declaration of disinterestedness filed at the time of the case's commencement, DE #3-1.

However, insofar as a motion to amend the confirmed plan has now been filed, DE #117, the following two disclosures are appropriately made:

1. In July 2024, the now-reorganized debtor engaged undersigned counsel to provide representation in connection with certain post-confirmation matters. A retainer was paid shortly after a new engagement agreement was executed. No fees have been drawn from that retainer as of present. Undersigned counsel does *not* presently intend to file any fee applications for such post-confirmation work, insofar as Christopher Wayne Glenn ("Mr. Glenn") is now a reorganized debtor and no longer a debtor in possession assuming the obligations of a "trustee," 11 U.S.C. § 1184; 11 U.S.C. § 330(a)(1), and any compensation would thusly not come from Mr. Glenn's bankruptcy estate, Fed. R. Bankr. P. 2016(a). However, for the avoidance of any appearance of impropriety, undersigned counsel is certainly willing to file a new fee application for work associated with the

1

now-pending motion to amend the plan of reorganization, and undersigned counsel will forbear from taking payment out of trust monies, for such work, until after the motion is fully adjudicated, so as to allow time for any party in interest to suggest a fee application ought to be first filed.

2.  On August 2, 2024 (three days ago), a party in interest consulted with undersigned counsel about a matter wholly unrelated to this case. It is reasonably anticipated the party in interest will formally engage undersigned counsel as early as today. For reasons inherent in the nature of the anticipated representation and the variety of work undersigned counsel performs, no details thereof are properly sharable at the present time. However, (i) it bears emphasis that the representation is unrelated to this case and will not have any economic impact upon Mr. Glenn or any other party herein; and (ii) an updated disclosure will be filed if and when the representation in question becomes a matter of public record.

Respectfully submitted,

Dated: August 5, 2024         By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Mr. Glenn*

[Certificate of Service on Following Page]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being thereby sent to:

Sarah J. Wencil, Esq.
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
sarah.j.wencil@usdoj.gov
Counsel for the US Trustee

Thomas Kapusta, Esq.
P.O. Box 90624
Sioux Falls, South Dakota 57109
tkapusta@aol.com
Subchapter V Trustee

Douglas W. Murch, Esq.
CONMY FESTE LTD.
P.O. Box 2686
Fargo, North Dakota 58108-2686
dmurch@conmylaw.com
Counsel for Ford Motor Credit Company LLC

Katelyn Krabbenhoft, Esq.
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Counsel for Wells Fargo Bank, N.A.

John M. Krings, Jr., Esq.
Kaler Doeling, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, North Dakota 58106-9231
Counsel for Lighthouse Management Group Inc.

Kathryn A. Klein, Esq.
Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
Counsel for JPMorgan Chase Bank, N.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3