UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER WAYNE GLENN | ) | Case No 23-30132 |
| | ) | |
| Aka Christopher Glenn | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**NO OBJECTION TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**

Subchapter V Trustee, Thomas Kapusta, has no objection to Debtor's Second Amended Plan of Reorganization naming Debtor as disbursing agent, provided Debtor provides quarterly summaries to Subchapter V Trustee regarding status of plan payments.

Dated this 8th day of August, 2024.

Signed:  s/Thomas Kapusta
Thomas Kapusta, Sub Chapter V Trustee
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTOPHER WAYNE GLENN | ) | Case No 23-30132 |
| | ) | |
| Aka Christopher Glenn | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |
| | ) | Certificate of Service |
| Debtor | ) | |

This is to certify that a true and correct copy of Trustee's No Objection to Debtor's Second Amended Plan of Reorganization, in the above-entitled matter, was electronically served to parties on the ECF Electronic Mail Notice List.

Such service was made 8th day of August, 2024.

Signed:  s/Thomas Kapusta
Thomas Kapusta, Sub Chapter V Trustee
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com