IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF MOTION TO**
**AMEND CONFIRMED PLAN OF REORGANIZATION**

NOTICE IS HEREBY GIVEN that Christopher Wayne Glenn has filed a motion to amend his confirmed plan of reorganization by removing the Subchapter V trustee as the disbursing agent and allowing Mr. Glenn to make disbursements himself. Aside from retitling the confirmed plan, no other proposed amendments are sought in the motion.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: August 11, 2024     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Mr. Glenn*

1

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being thereby sent to:

Sarah J. Wencil, Esq.
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
sarah.j.wencil@usdoj.gov
Counsel for the US Trustee

Thomas Kapusta, Esq.
P.O. Box 90624
Sioux Falls, South Dakota 57109
tkapusta@aol.com
Subchapter V Trustee

Douglas W. Murch, Esq.
CONMY FESTE LTD.
P.O. Box 2686
Fargo, North Dakota 58108-2686
dmurch@conmylaw.com
Counsel for Ford Motor Credit Company LLC

Katelyn Krabbenhoft, Esq.
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Counsel for Wells Fargo Bank, N.A.

John M. Krings, Jr., Esq.
Kaler Doeling, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, North Dakota 58106-9231
Counsel for Lighthouse Management Group Inc.

Kathryn A. Klein, Esq.
Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
Counsel for JPMorgan Chase Bank, N.A.

I FURTHER CERTIFY on August 12, 2025, a copy of the foregoing—alongside the underlying motion (sans exhibits) and the proposed amended plan of reorganization—is being sent via US Mail, postage prepaid, to all parties on the attached mailing matrix *except* for those receiving service via CM/ECF.

/s/ Maurice B. VerStandig
Maurice B. VerStandig