| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Unsecured Sum | Undisputed Sum | Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | 15 | Wells Fargo Bank, N.A. | $109,745.45 | $109,745.45 | $0.00 | $0.00 | $109,745.45 | |
| 1 | n/a | First International Bk | $619,218.00 | $619,218.00 | $0.00 | $0.00 | $619,218.00 | |
| 2 | 20 | Ford Motor Credit Company LLC | $66,942.55 | $66,942.55 | $0.00 | $0.00 | $66,942.55 | |
| 3 | 1 | ACAR Leasing LTD d/b/a GM Financial Leasing | $23,006.42 | $0.00 | $0.00 | $23,006.42 | $23,006.42 | |
| 4 | 2 | JPMorgan Chase Bank, N.A. | $26,630.78 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 3 | JPMorgan Chase Bank, N.A. | $22,932.82 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 4 | JPMorgan Chase Bank, N.A. | $12,616.25 | $0.00 | $0.00 | $12,616.25 | $12,616.25 | |
| 4 | 5 | Mccody Concrete Products | $6,306.72 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 6 | CM HEAVYMACHINERY, LLC | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 7 | Automotive & Industrial Distributors of Billings | $2,862.69 | $0.00 | $0.00 | $2,862.69 | $2,862.69 | |
| 4 | 8 | Discover Bank | $724.84 | $0.00 | $0.00 | $724.84 | $724.84 | |
| 4 | 9 | American Express National Bank | $5,010.51 | $0.00 | $0.00 | $5,010.51 | $5,010.51 | |
| 4 | 10 | American Express National Bank | $5,108.78 | $0.00 | $0.00 | $5,108.78 | $5,108.78 | |
| 4 | 11 | State of Delaware Division of Revenue | $302,037.18 | $0.00 | $0.00 | $0.00 | $0.00 | DE #40 |
| 4 | 12 | Wells Fargo Bank, N.A. | $11,146.31 | $0.00 | $0.00 | $11,146.31 | $11,146.31 | |
| 4 | 13 | Capital One N.A. | $2,768.92 | $0.00 | $0.00 | $2,768.92 | $2,768.92 | |
| 4 | 14 | United Rentals (North America), Inc. | $36,814.68 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 16 | Internal Revenue Service | $11,131.02 | $0.00 | $0.00 | $11,131.02 | $11,131.02 | |
| 4 | 17 | Airgas USA, LLC | $1,844.33 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 18 | Airgas USA, LLC | $1,620.68 | $0.00 | $0.00 | $0.00 | $0.00 | DE #42 |
| 4 | 19 | Kirby-Smith Machinery, Inc. | $93,305.97 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 4 | 21 | Border States Industries, Inc. | $407,163.77 | $0.00 | $0.00 | $0.00 | $0.00 | DE #44 |
| 4 | 22 | LightStream, a division of Truist Bank | $40,012.26 | $0.00 | $0.00 | $40,012.26 | $40,012.26 | |
| 4 | 24 | Airgas USA, LLC | $12,853.26 | $0.00 | $0.00 | $0.00 | $0.00 | DE #46 |
| 4 | n/a | Brand Source/Citi Bank | $3,500.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | |
| 4 | n/a | Citibank | $5,170.00 | $0.00 | $0.00 | $5,170.00 | $5,170.00 | |
| 4 | n/a | Mohela/Dept. of Ed. | $9,725.00 | $0.00 | $0.00 | $9,725.00 | $9,725.00 | |
| 5 | 23 | Lund Oil, Inc. | $65,000.00 | $65,000.00 | $0.00 | $0.00 | $65,000.00 | |
| n/a | 16 | Internal Revenue Service | $120,615.94 | $0.00 | $120,615.94 | $120,615.94 | $120,615.94 | |
| | Total | | $2,525,815.13 | $860,906.00 | $120,615.94 | $253,398.94 | $1,114,304.94 | |