IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2024, I caused copies of the (i) Motion to Amend Confirmed Plan of Reorganization (DE #117), sans the two exhibits thereto; (ii) Christopher Wayne Glenn's Second Amended Subchapter V Plan of Reorganization (DE #120); (iii) the exhibit to the foregoing second amended plan (DE #122); and (iv) the Amended Notice of Motion to Amend Confirmed Plan of Reorganization (DE #121) to be served, via first class mail, postage prepaid, upon all parties on the attached mailing matrix.

Respectfully submitted,

Dated: August 14, 2024   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1