USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled MAIL NOT SENT, were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-30132<br>EASTERN DISTRICT OF NORTH DAKOTA<br>TUE AUG 13 6-50-35 PST 2024 | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (P)FIRST INTERNATIONAL BANK TRUST<br>ATTN ATTN LEGAL<br>3001 25TH STREET SOUTH<br>FARGO ND 58103-6160 |
| (P)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | ~~EXCLUDE~~<br>~~(U)FORD MOTOR CREDIT COMPANY LLC~~ | FORD MOTOR CREDIT COMPANY LLC CO AIS PORT<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| JPMORGAN CHASE BANK NA SBMT CHASE BANK<br>CO RIEZMAN BERGER PC<br>7700 BONHOMME AVENUE 7TH FLOOR<br>ST LOUIS MO 63105-1960 | ~~EXCLUDE~~<br>~~(U)KIRBYSMITH MACHINERY INC~~ | ~~EXCLUDE~~<br>~~(U)LIGHTHOUSE MANAGEMENT GROUP INC~~ |
| ~~EXCLUDE~~<br>~~(U)NATIONSTAR MORTGAGE LLC~~ | ~~EXCLUDE~~<br>~~(U)WELLS FARGO BANK NA~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO ND 58102-4932~~ |
| ACAR LEASING LTD<br>DBA GM FINANCIAL LEASING<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ~~EXCLUDE~~<br>~~(D)ACAR LEASING LTD~~<br>~~DBA GM FINANCIAL LEASING~~<br>~~P O BOX 183853~~<br>~~ARLINGTON TX 76096-3853~~ | ACUREN INC<br>30 MAIN STREET SUITE 402<br>DANBURY CT 06810-3004 |
| AIRGAS USA LLC<br>110 WEST 7TH ST SUITE 1400<br>TULSA OK 74119-1077 | AIRGAS INC<br>259 NORTH RADNORCHESTER ROAD SUITE 100<br>RADNOR PA 19087-5240 | ALL POINTS CAPITAL<br>275 BROADHOLLOW RD<br>MELVILLE NY 11747-4863 |
| ALL WHEEL FINANCIAL<br>500 FORD RD<br>MINNEAPOLIS MN 55426-1062 | ALLY FINANCIAL<br>5591 CHAMBLEE DUNWOODY ROAD SUITE 210<br>ATLANTA GA 30338-4177 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICREDITGM FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| AUTOMOTIVE INDUSTRIAL DISTRIBUTORS OF BILL<br>PO BOX 1999<br>BILLINGS MT 59103-1999 | AYSEGUL TEKMEN<br>38 BLACKPOOL ROAD<br>REHOBOTH BEACH DE 19971-3511 | BELL LUMBER<br>778 1ST ST NW<br>SAINT PAUL MN 55112-3216 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled via other service were not served via First Class USPS Mail Service.

BES SUPPLY
502 E CENTER AVE
CARLSBAD   NM 88220-6106

BORDER STATES ELECTRIC
2400 38TH STREET SOUTH
FARGO   ND 58104-7873

BORDER STATES INDUSTRIES   INC
CO NCS
729 MINER ROAD
HIGHLAND HEIGHTS   OH 44143-2117

BORSHEIM CRANE SERVICES LL
PO BOX 1344 8 48TH AVE W
WILLISTON   ND 58802-1344

BRAND SOURCECITI BANK
ATTN CITCORP CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS   MO 63179-0040

BRAND SOURCECITI BANK
PO BOX 6497
SIOUX FALLS   SD 57117-6497

C M HEAVY MACHINERY   LLC
PO BOX 309 111097 HWY27
OKEMAH   OK 74859-0309

CO CRF SOLUTIONS
PO BOX 1389
SIMI VALLEY   CA 93062-1389

CM HEAVYMACHINERY   LLC
111097 OK 27
OKEMAH   OK 74859

CSDZ   LLC
225 SOUTH SIXTH STREET SUITE 1900
MINNEAPOLIS   MN 55402-4638

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY   UT 84131-0293

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE   NC  28272-1083

CARL D NEFF
CSC STATION
112 S FRENCH STREET
WILMINGTON   DE 19801-5035

CATERPILLAR INC
5205 NORTH OCONNOR BOULEVARD SUITE
IRVING   TX 75039-3712

CITIBANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS   MO 63179-0040

CITIBANK
PO BOX 6217
SIOUX FALLS   SD 57117-6217

CROSS COUNTRY INFRASTRUCTURE SERVICES
2251 RIFLE STREET
AURORA   CO 80011-3531

DELAWARE DIVISION OF REVENUE
820 N FRENCH STREET
WILMINGTON   DE 19801-3530

DISCOVER BANK
PO BOX 3025
NEW ALBANY OHIO 43054-3025

EXCLUDE
(D)(P)FIRST INTERNATIONAL BANK   TRUST
ATTN ATTN LEGAL
3001 25TH STREET SOUTH
FARGO ND 58103-6160

FIRST INTERNATIONAL BK
100 N MAIN
WATFORD CITY   ND 58854

FORD MOTOR CREDIT
PO BOX 650574
DALLAS   TX 75265-0574

FORD MOTOR CREDIT COMPANY LLC
PO BOX 552679
DETROIT   MI   48255-2679

FORD MOTOR CREDIT COMPANY LLC
CO WELTMAN   WEINBERG   REIS CO LPA
965 KEYNOTE CIRCLE
CLEVELAND   OH 44131-1829

FORD MOTOR CREDIT COMPANY   LLC
AIS PORTFOLIO SERVICES   LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

HIGH COUNTRY FUSION INC
PO BOX 509
FAIRFIELD   ID 83327-0509

USPS FIRST CLASS MAILING ENDORSEMENT:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HOLLAND PUMP CO<br>7312 WESTPORT PLACE<br>WEST PALM BEACH  FL 33413-1661 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO ROBERTSON  ANSCHUTZ  SCHNEID<br>CRANE  PARTNERS  PLLC<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 |
| (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | KARA GLENN<br>12548 24TH ST NW<br>WATFORD CITY  ND 58854-6852 | KIRBYSMITH MACHINERY  INC<br>PO BOX 270300<br>OKLAHOMA CITY  OK 73137-0300 |
| KIRBYSMITH MACHINERY  INC<br>CO MICHAEL L GUST<br>ABST LAW  PC<br>4132 30TH AVENUE SOUTH  SUITE 100<br>FARGO  ND 58104-8407 | LIGHTSTREAM  A DIVISION OF TRUIST BANK<br>PO BOX 1847<br>WILSON  NC 27894-1847 | LINCOLN AUTOMOTIVE FIN<br>ATTN BANKRUTCY<br>PO BOX 54200<br>OMAHA  NE 68154-8000 |
| LINCOLN AUTOMOTIVE FIN<br>PO BOX 542000<br>OMAHA  NE 68154-8000 | LUND OIL  INC<br>3605 4TH AVE NE<br>WATFORD CITY  ND 58854-7001 | LUND OIL  INC<br>CO ROSS SUNDEEN  ESQ<br>JOHNSON  SUNDEEN 109 5TH ST SW<br>WATFORD CITY  ND 58854 |
| MANUFACTURERS AND TRADERS TRUST COMPANY<br>SUCCESSOR TO WILMINGTON TRUST COMPANY<br>7 ST PAUL STREET SUITE 820<br>BALTIMORE  MD 21202-1681 | MCCODY CONCRETE PRODUCTS<br>PO BOX 4005<br>WILLISTON  ND 58802-4005 | MIDWEST EROSION CONTROL<br>2715 PRAIRIE OAK DR<br>DICKINSON  ND 58601-6729 |
| MISSOURI BASIN MATERIALS<br>1813 NORTHERN PLAINS DR<br>BISMARCK  ND 58504-6846 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NATIONSTAR MORTGAGE LLC<br>CO ALDRIDGE PITE  LLP<br>8880 RIO SAN DIEGO DRIVE  SUITE 725<br>SAN DIEGO  CA 92108-1619 | NATIONSTAR MORTGAGE LLC<br>CO BENJAMIN J MANN<br>HALLIDAY  WATKINS  MANN  PC<br>376 EAST 400 SOUTH  SUITE 300<br>SALT LAKE CITY  UT 84111-2906 | PACK PRIVATE CAPITAL  LLC<br>CO THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER 1209 ORANGE STR<br>WILMINGTON  DE 19801-1120 |
| PACK PRIVATE EQUITY<br>1905 WAYZATA BLVD W 320<br>WAYZATA  MN 55391-5006 | RDO EQUIPMENT INC<br>PO BOX 7160<br>FARGO  ND 58106-7160 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS  MN 55415-1320 |
| SILVER FOX ENERGY LLC<br>2312 126TH AVE C NW<br>WATFORD CITY  ND 58854 | SILVER FOX PIPELINE AND FACILITY SERVICE<br>PO BOX 2337<br>WATFORD CITY  ND 58854-2337 | STATE OF DELAWARE DIVISION OF REVENUE<br>KATHLEEN CRUZMOREFIELD<br>PO BOX 8763<br>WILMINGTON  DE 19899-8763 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "VIA ELECTRONIC NOTICE" were not served via First Class USPS Mail Service.

```
SUMMIT FLEET                         SUNBELT RENTALS                              TNT CRANE
3102 2ND AVE W                       1004 HICKORY HILL LANE UNIT 1                925 S LOOP W
WILLISTON   ND 58801-2929            HERMITAGE   TN 37076-1931                    HOUSTON   TX 77054-4606


TENET CORP                           THE RAFTER D LLC                             TOWN  COUNTRY LEASING  LLC
1100 OLD HIGHWAY 8 NW                2802 JUAN ST                                 1097 COMMERCIAL AVENUE  C
SAINT PAUL   MN 55112-6447           SAN DIEGO   CA 92110-2763                    EAST PETERSBURG   PA 17520-1648


TRUIST BANK                          TRUIST BANK                                  TRUIST BANK
600 W BROADWAY                       ATTN BANKRUPTCY MAIL CODE VARVW6290          PO BOX 849
STE 2000                             PO BOX 85092                                 WILSON   NC 27894-0849
SAN DIEGO   CA 92101-3358            RICHMOND   VA 23285-5092


UNITED RENTALS                       UNITED RENTALS (NORTH AMERICA)  INC          VACUWORX GLOBAL LLC
450 GLASS LANE                       CO CRF SOLUTIONS                             10105 E 55TH PL
MODESTO   CA 95356-9287              PO BOX 1389                                  TULSA   OK 74146-6406
                                     SIMI VALLEY   CA 93062-1389


VERIZON INC                          WAGNER RENTAL                                WAGNER SMITH
26000 CANNON ROAD                    4000 OSUNA ROAD NE                           135 N 22ND AVE
BEDFORD   OH 44146-1807              ALBUQUERQUE   NM 87109-4423                  PHOENIX   AZ 85009


WELLS FARGO BANK NA                  WELLS FARGO BANK  NA                         WELLS FARGO BANK  NA
PO BOX 14517                         DEFAULT DOCUMENT PROCESSING                  CO KATELYN KRABBENHOFT
DES MOINES   IA 50306-3517           PO BOX 1629                                  HALLIDAY  WATKINS  MANN  PC
                                     MINNEAPOLIS   MN 55440-1629                  376 EAST 400 SOUTH  SUITE 300
                                                                                  SALT LAKE CITY   UT 84111-2906


WELLS FARGO BANK  NA                 WELLS FARGO HOME MORTGAGE                    WELLS FARGO HOME MORTGAGE
WELLS FARGO CARD SERVICES            ATTN BANKRUPTCY                              PO BOX 10335
PO BOX 10438  MAC F8235-02F          1 HOME CAMPUS                                DES MOINES   IA 50306-0335
DES MOINES   IA  50306-0438          MAC X2303-01A
                                     DES MOINES   IA 50328-0001


DEBTOR                               MAURICE VERSTANDIG                           ROBERT B RASCHKE
CHRISTOPHER WAYNE GLENN              THE DAKOTA BANKRUPTCY FIRM                   ASSISTANT US TRUSTEE
12548 24TH ST NW                     1630 1ST AVENUE N                            SUITE 1015 US COURTHOUSE
WATFORD CITY   ND 58854-6852         SUITE B PMB 24                               300 SOUTH FOURTH STREET
                                     FARGO   ND 58102-4246                       MINNEAPOLIS   MN 55415-1320


THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS   SD 57109-0624
```