UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                    Bankruptcy No. 23-30132

Christopher Wayne Glenn,                                               Chapter 11, Subchapter V
aka Christopher Glenn,

                          Debtor.
_____/

**ORDER FOR POSTCONFIRMATION MODIFICATION OF
DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION**

On August 5, 2024, Debtor Christopher Wayne Glenn filed a Motion to Amend Confirmed Plan of Reorganization [Doc 117], seeking to amend his Subchapter V Plan of Reorganization [Doc. 96] confirmed on August 30, 2023, at Doc. 97. He served notice of the motion. The Court received no objections. Upon review of the Second Amended Subchapter V Plan, the Court finds that it meets the requirements of 11 U.S.C. §§ 1191, 1193 and other provisions of the Bankruptcy Code. Therefore, IT IS ORDERED the Debtors' Motion to Amend Confirmed Plan of Reorganization is granted. The Second Amended Subchapter V Plan of Reorganization [Doc. 120] is now the confirmed plan.

Dated:  September 9, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT