United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30132-skh
Christopher Wayne Glenn  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: Sep 09, 2024      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Christopher Wayne Glenn, 12548 24th St NW, Watford City, ND 58854-6852

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name**      **Email Address**

Benjamin J. Mann
     on behalf of Creditor Nationstar Mortgage LLC ben@hwmlawfirm.com
     ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com

Douglas Murch
     on behalf of Creditor Ford Motor Credit Company dmurch@conmylaw.com
     rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch
     on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing dmurch@conmylaw.com
     rstallman@conmylaw.com;landerson@conmylaw.com

John M Krings, Jr.
     on behalf of Creditor Lighthouse Management Group  Inc. john@kaler-doeling.com, janae@kaler-doeling.com

Katelyn Marie Krabbenhoft
     on behalf of Creditor Nationstar Mortgage LLC katelyn@hwmlawfirm.com

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Katelyn Marie Krabbenhoft
    on behalf of Creditor Wells Fargo Bank  N.A. katelyn@hwmlawfirm.com

Kathryn A Klein
    on behalf of Creditor JPMorgan Chase Bank  N.A. s/b/m/t Chase Bank USA, N.A. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

Maurice VerStandig
    on behalf of Debtor Christopher Wayne Glenn mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Kirby-Smith Machinery  Inc. mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Sean T. Foss
    on behalf of Creditor First International Bank & Trust sfoss@fibt.com

Thomas Kapusta
    tkapusta@aol.com

Thomas Kapusta
    on behalf of Trustee Thomas Kapusta tkapusta@aol.com

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                              Bankruptcy No. 23-30132

Christopher Wayne Glenn,                          Chapter 11, Subchapter V
aka Christopher Glenn,

           Debtor.
_____/

**ORDER FOR POSTCONFIRMATION MODIFICATION OF
DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION**

On August 5, 2024, Debtor Christopher Wayne Glenn filed a Motion to Amend Confirmed Plan of Reorganization [Doc 117], seeking to amend his Subchapter V Plan of Reorganization [Doc. 96] confirmed on August 30, 2023, at Doc. 97. He served notice of the motion.  The Court received no objections.  Upon review of the Second Amended Subchapter V Plan, the Court finds that it meets the requirements of 11 U.S.C. §§ 1191, 1193 and other provisions of the Bankruptcy Code.  Therefore, IT IS ORDERED the Debtors' Motion to Amend Confirmed Plan of Reorganization is granted. The Second Amended Subchapter V Plan of Reorganization [Doc. 120] is now the confirmed plan.

Dated:  September 9, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT