# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

| IN RE: | CASE NO: 23-30132 |
|---|---|
| Christopher Wayne Glenn | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/23/2024, I did cause a copy of the following documents, described below,

Initial Post Confirmation Application and Notice Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| IN RE: | CASE NO: 23-30132 |
|---|---|
| Christopher Wayne Glenn | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 9/23/2024, a copy of the following documents, described below,

Initial Post Confirmation Application and Notice Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via first Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          ACAR LEASING LTD DBA GM FINANCIAL         (P)FIRST INTERNATIONAL BANK  TRUST
08683                                     LEASING                                   ATTN ATTN LEGAL
CASE 23-30132                             PO BOX 183853                             3001 25TH STREET SOUTH
DISTRICT OF NORTH DAKOTA                  ARLINGTON TX 76096-3853                   FARGO ND 58103-6160
FARGO
SAT SEP 21 15-59-46 CDT 2024


(P)FORD MOTOR CREDIT COMPANY              FORD MOTOR CREDIT COMPANY LLC CO AIS      JPMORGAN CHASE BANK NA SBMT CHASE BANK
P O BOX 62180                             PORT                                      CO RIEZMAN BERGER PC
COLORADO SPRINGS CO 80962-2180            4515 N SANTA FE AVE DEPT APS              7700 BONHOMME AVENUE 7TH FLOOR
                                          OKLAHOMA CITY OK 73118-7901               ST LOUIS MO 63105-1960




ACAR LEASING LTD                          AIRGAS USA LLC                            AIRGAS INC
DBA GM FINANCIAL LEASING                  110 WEST 7TH ST SUITE 1400                259 NORTH RADNORCHESTER ROAD SUITE 100
PO BOX 183853                             TULSA OK 74119-1077                       RADNOR PA 19087-5240
ARLINGTON TX 76096-3853




ALLY FINANCIAL                            AMERICAN EXPRESS NATIONAL BANK            AMERICREDITGM FINANCIAL
5591 CHAMBLEE DUNWOODY ROAD SUITE 210     CO BECKET AND LEE LLP                     ATTN BANKRUPTCY
ATLANTA GA 30338-4177                     PO BOX 3001                               PO BOX 183853
                                          MALVERN PA 19355-0701                     ARLINGTON TX 76096-3853




AMEX                                      AMEX                                      AUTOMOTIVE  INDUSTRIAL DISTRIBUTORS OF
CORRESPONDENCEBANKRUPTCY                  PO BOX 981537                             BILL
PO BOX 981540                             EL PASO TX 79998-1537                     PO BOX 1999
EL PASO TX 79998-1540                                                               BILLINGS MT 59103-1999




BORDER STATES INDUSTRIES INC              BRAND SOURCECITI BANK                     BRAND SOURCECITI BANK
CO NCS                                    ATTN CITCORP CENTRALIZED BANKRUPTCY       PO BOX 6497
729 MINER ROAD                            PO BOX 790040                             SIOUX FALLS SD 57117-6497
HIGHLAND HEIGHTS OH 44143-2117            SAINT LOUIS MO 63179-0040




C M HEAVY MACHINERY LLC                   CM HEAVYMACHINERY LLC                     CAPITAL ONE
PO BOX 309 111097 HWY27                   111097 OK 27                              ATTN BANKRUPTCY
OKEMAH OK 74859-0309                      OKEMAH OK 74859                           PO BOX 30285
                                                                                    SALT LAKE CITY UT 84130-0285




CAPITAL ONE                               CAPITAL ONE NA                            DELAWARE DIVISION OF REVENUE
PO BOX 31293                              BY AMERICAN INFOSOURCE AS AGENT           820 N FRENCH STREET
SALT LAKE CITY UT 84131-0293              PO BOX 71083                              WILMINGTON DE 19801-3530
                                          CHARLOTTE NC 28272-1083




DISCOVER BANK                             FIRST INTERNATIONAL BK                    FORD MOTOR CREDIT
PO BOX 3025                               100 N MAIN                                PO BOX 650574
NEW ALBANY OHIO 43054-3025                WATFORD CITY ND 58854                     DALLAS TX 75265-0574
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF NOTICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 552679<br>DETROIT MI 48255-2679 | FORD MOTOR CREDIT COMPANY LLC<br>CO WELTMAN WEINBERG  REIS CO LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND OH 44131-1829 | FORD MOTOR CREDIT COMPANY LLC<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE  PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| KARA GLENN<br>12548 24TH ST NW<br>WATFORD CITY ND 58854-6852 | KIRBYSMITH MACHINERY INC<br>PO BOX 270300<br>OKLAHOMA CITY OK 73137-0300 | KIRBYSMITH MACHINERY INC<br>CO MICHAEL L GUST<br>ABST LAW PC<br>4132 30TH AVENUE SOUTH SUITE 100<br>FARGO ND 58104-8407 |
| LIGHTSTREAM A DIVISION OF TRUIST BANK<br>PO BOX 1847<br>WILSON NC 27894-1847 | LUND OIL INC<br>3605 4TH AVE NE<br>WATFORD CITY ND 58854-7001 | LUND OIL INC<br>CO ROSS SUNDEEN ESQ<br>JOHNSON  SUNDEEN 109 5TH ST SW<br>WATFORD CITY ND 58854 |
| MCCODY CONCRETE PRODUCTS<br>PO BOX 4005<br>WILLISTON ND 58802-4005 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS MN 55415-1320 |
| STATE OF DELAWARE DIVISION OF REVENUE<br>KATHLEEN CRUZMOREFIELD<br>PO BOX 8763<br>WILMINGTON DE 19899-8763 | UNITED RENTALS<br>450 GLASS LANE<br>MODESTO CA 95356-9287 | UNITED RENTALS (NORTH AMERICA) INC<br>CO CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY CA 93062-1389 |
| WELLS FARGO BANK NA<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | WELLS FARGO BANK NA<br>CO KATELYN KRABBENHOFT<br>HALLIDAY WATKINS  MANN PC<br>376 EAST 400 SOUTH SUITE 300<br>SALT LAKE CITY UT 84111-2906 |
| WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES IA 50306-0335 |
| CHRISTOPHER WAYNE GLENN<br>12548 24TH ST NW<br>WATFORD CITY ND 58854-6852 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 |