IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBSTANTIAL CONSUMMATION

Please take notice that the first amended plan of reorganization in this case(the "Plan," as found at DE #120) has been substantially consummated, with Christopher Wayne Glenn, the reorganized debtor herein, having made all payments called for in the Plan, saving and excepting (i) future payments, not yet due pursuant to underlying loan documents, on home mortgages and automobile loans; (ii) payment of the disputed and non-classified portion of the claim of the Internal Revenue Service, with there being a reasonable belief said claim will be addressed through the forthcoming filing of certain tax documents; and (iii) fees due and owing to the Subchapter V trustee, in the sum of $632.25, as and for post-confirmation work, with said fees being paid by check of even date herewith.

Pursuant to Section 1183(c)(2) of Title 11 of the United States Code, it is respectfully suggested the services of the Subchapter V trustee herein are terminated by virtue of the Plan being substantially consummated.

A motion for entry of a discharge shall follow upon final resolution of the non-classified portion of the claim of the Internal Revenue Service and confirmation of the making of the final payment to the Subchapter V trustee.

*[Signature on Following Page]*

1

                                        Respectfully submitted,

Dated: November 18, 2024     By:    /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.
                                              The Dakota Bankruptcy Firm
                                              1630 1st Avenue N
                                              Suite B PMB 24
                                              Fargo, North Dakota 58102-4246
                                              Phone: (701) 394-3215
                                              mac@dakotabankruptcy.com
                                              *Counsel for the Reorganized Debtor*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                              /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig

2