B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**In RE:**

CHRISTOPHER WAYNE GLENN

**Case Number:** 23-30132

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ford Motor Credit Company, LLC | Ford Motor Credit Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Ford Motor Credit Company, LLC c/o AIS Portfolio Services, LLC**
**4515 N. Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

Court Claim# (If known): 20
Amount of Claim: $66,942.55
Date Claim Filed: 06/29/2023

Phone:
Last Four Digits of Account #: 5725

**Phone:** 833-965-2361
**Email ID:** ECFNotices@aisinfo.com

Name and Address where transferee payments should be sent (if different from above):

**Ford Motor Credit Company, LLC**
**PO Box 650004**
**Dallas, TX 75265-0004**

**Phone:** 800-955-8532
**Email ID:** fcffald@ford.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shreyansh Gandhi
AIS Portfolio Services LLC

Date: 12/20/2024

Transferee/Transferee's Agent