United States Bankruptcy Court

District of North Dakota

In re:     Case No. 23-30132-skh

Christopher Wayne Glenn     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2

Date Rcvd: Dec 20, 2024     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 1085555 | Email/Text: EBNBKNOT@ford.com | Dec 20 2024 18:50:00 | Ford Motor Credit Company LLC, P.O. Box 552679, Detroit, MI 48255-2679 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin J. Mann | on behalf of Creditor Nationstar Mortgage LLC ben@hwmlawfirm.com ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com |
| Douglas Murch | on behalf of Creditor Ford Motor Credit Company dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| John M Krings, Jr. | on behalf of Creditor Lighthouse Management Group Inc. john@kaler-doeling.com, janae@kaler-doeling.com |
| Katelyn Marie Krabbenhoft | on behalf of Creditor Nationstar Mortgage LLC katelyn@hwmlawfirm.com |
| Katelyn Marie Krabbenhoft | on behalf of Creditor Wells Fargo Bank N.A. katelyn@hwmlawfirm.com |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: trc | Total Noticed: 1 |

Kathryn A Klein
    on behalf of Creditor JPMorgan Chase Bank  N.A. s/b/m/t Chase Bank USA, N.A. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

Maurice VerStandig
    on behalf of Debtor Christopher Wayne Glenn mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Kirby-Smith Machinery  Inc. mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Sean T. Foss
    on behalf of Creditor First International Bank & Trust sfoss@fibt.com

Thomas Kapusta
    tkapusta@aol.com

Thomas Kapusta
    on behalf of Trustee Thomas Kapusta tkapusta@aol.com

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 23-30132
Chapter 11

In re: Debtor(s) (including Name and Address)

Christopher Wayne Glenn
12548 24th St NW
Watford City ND 58854

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 20: Ford Motor Credit Company LLC, P.O. Box 552679, Detroit, MI 48255-2679 | Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK  73118 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/22/24

Kay A. Melquist
**CLERK OF THE COURT**