IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30132 |
| | ) | (Chapter 11) |
| CHRISTOPHER WAYNE GLENN | ) | |
| | ) | |
| Debtor. | ) | |

**<u>NOTICE OF MOTION FOR ENTRY OF DISCHARGE</u>**

NOTICE IS HEREBY GIVEN that Christopher Wayne Glenn has filed a motion for entry of a discharge, reporting that he has completed all repayment obligations under his plan of reorganization except for those not yet due and correlative to long term debt secured by real property.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: April 3, 2025     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Mr. Glenn*

1