```
Label Matrix for local noticing        ACAR Leasing LTD d/b/a GM Financial Leasing    (p)FIRST INTERNATIONAL BANK & TRUST
0868-3                                  PO Box 183853                                  ATTN ATTN LEGAL
Case 23-30132                           Arlington, TX 76096-3853                       3001 25TH STREET SOUTH
District of North Dakota                                                               FARGO ND 58103-6160
Fargo
Thu Apr  3 15:26:20 CDT 2025

(p)FORD MOTOR CREDIT COMPANY            Ford Motor Credit Company, LLC                 Ford Motor Credit Company, LLC, c/o AIS Port
P O BOX 62180                           4515 N. Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS
COLORADO SPRINGS CO 80962-2180          Oklahoma City, OK 73118-7901                   Oklahoma City, OK 73118-7901


JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank  U.S. BANKRUPTCY COURT                    ACAR Leasing LTD
c/o Riezman Berger, P.C.                655 1ST AVENUE NORTH, SUITE 210                d/b/a GM Financial Leasing
7700 Bonhomme Avenue, 7th Floor         FARGO, ND 58102-4932                           P.O. Box 183853
St. Louis, MO 63105-1960                                                               Arlington, TX 76096-3853


Acuren, Inc.                            Airgas USA, LLC                                Airgas, Inc.
30 Main Street Suite 402                110 West 7th St Suite 1400                     259 North Radnor-Chester Road Suite 100,
Danbury, CT 06810-3004                  Tulsa OK 74119-1077                            Radnor, PA 19087-5240


All Points Capital                      All Wheel Financial                            Ally Financial
275 Broadhollow Rd                      500 Ford Rd.                                   5591 Chamblee Dunwoody Road Suite 210
Melville, NY 11747-4863                 Minneapolis, MN 55426-1062                     Atlanta, GA 30338-4177


American Express National Bank          Americredit/Gm Financial                       Amex
c/o Becket and Lee LLP                  Attn: Bankruptcy                               Correspondence/Bankruptcy
PO Box 3001                             PO Box 183853                                  PO Box 981540
Malvern  PA 19355-0701                  Arlington, TX 76096-3853                       El Paso, TX 79998-1540


Amex                                    Automotive & Industrial Distributors of Bill  Aysegul Tekmen
PO Box 981537                           PO Box 1999                                    38 Blackpool Road
El Paso, TX 79998-1537                  Billings MT 59103-1999                         Rehoboth Beach, DE 19971-3511


Bell Lumber                             Bes Supply                                     Border States Electric
778 1ST St NW                           502 E. Center Ave                              2400 38th Street South
Saint Paul, MN 55112-3216               Carlsbad, NM 88220-6106                        Fargo, ND 58104-7873


Border States Industries, Inc.          Borsheim Crane Services ll                     Brand Source/Citi Bank
c/o NCS                                 PO Box 1344 8 48th Ave W                       Attn: Citcorp Centralized Bankruptcy
729 Miner Road                          Williston, ND 58802-1344                       PO Box 790040
Highland Heights, OH 44143-2117                                                        Saint Louis, MO 63179-0040


Brand Source/Citi Bank                  C M Heavy Machinery, LLC                       C/O CRF Solutions
PO Box 6497                             PO Box 309 111097 Hwy27                        PO Box 1389
Sioux Falls, SD 57117-6497              Okemah, OK 74859-0309                          Simi Valley, CA 93062-1389
```

CM HEAVYMACHINERY, LLC
111097 OK -27
OKEMAH, OK 74859

CSDZ, LLC
225 South Sixth Street Suite 1900
Minneapolis, MN 55402-4638

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Carl D. Neff
CSC Station
112 S. French Street
Wilmington, DE 19801-5035

Caterpillar Inc.
5205 North O'Connor Boulevard Suite
Irving, TX 75039-3712

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

Cross Country Infrastructure Services
2251 Rifle Street
Aurora, CO 80011-3531

Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801-3530

Discover Bank
PO Box 3025
New Albany Ohio 43054-3025

First International Bk
100 N Main
Watford City, ND 58854

Ford Motor Credit
PO Box 650574
Dallas, TX 75265-0574

Ford Motor Credit Company LLC
P.O. Box 552679
Detroit, MI  48255-2679

Ford Motor Credit Company LLC
c/o Weltman, Weinberg & Reis Co LPA
965 Keynote Circle
Cleveland, OH 44131-1829

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

High Country Fusion Inc
PO Box 509
Fairfield, ID 83327-0509

Holland Pump Co.
7312 Westport Place
West Palm Beach, FL 33413-1661

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

Kara Glenn
12548 24th ST NW
Watford City, ND 58854-6852

Kirby-Smith Machinery, Inc.
PO Box 270300
Oklahoma City, OK 73137-0300

Kirby-Smith Machinery, Inc.
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
Fargo, ND 58104-8407

LightStream, a division of Truist Bank
PO Box 1847
Wilson, NC 27894-1847

Lincoln Automotive Fin
Attn: Bankrutcy
PO Box 54200
Omaha, NE 68154-8000

Lincoln Automotive Fin
PO Box 542000
Omaha, NE 68154-8000

Lund Oil, Inc.
3605 4th Ave NE
Watford City, ND 58854-7001

Lund Oil, Inc.
c/o Ross Sundeen, Esq.
Johnson & Sundeen 109 5th St SW
Watford City, ND 58854

| | | |
|---|---|---|
| Manufacturers and Traders Trust Company<br>Successor to Wilmington Trust Company<br>7 St. Paul Street Suite 820<br>Baltimore, MD 21202-1681 | Mccody Concrete Products<br>PO Box 4005<br>Williston, ND 58802-4005 | Midwest Erosion Control<br>2715 Prairie Oak Dr<br>Dickinson, ND 58601-6729 |
| Missouri Basin Materials<br>1813 Northern Plains Dr<br>Bismarck, ND 58504-6846 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nationstar Mortgage LLC<br>c/o ALDRIDGE PITE, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108-1619 | Nationstar Mortgage LLC<br>c/o Benjamin J. Mann<br>Halliday, Watkins & Mann, P.C.<br>376 East 400 South, Suite 300<br>Salt Lake City, UT 84111-2906 | PACK Private Capital, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange Str<br>Wilmington, DE 19801-1120 |
| PACK Private Equity<br>1905 Wayzata Blvd. W #320<br>Wayzata, MN 55391-5006 | RDO Equipment Inc.<br>PO Box 7160<br>Fargo, ND 58106-7160 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 |
| Silver Fox Energy LLC<br>2312 126th Ave. C NW<br>Watford City, ND 58854 | Silver Fox Pipeline and Facility Service<br>PO Box 2337<br>Watford City, ND 58854-2337 | State of Delaware Division of Revenue<br>Kathleen Cruz-Morefield<br>PO Box 8763<br>Wilmington, DE 19899-8763 |
| Summit Fleet<br>3102 2nd Ave W<br>Williston, ND 58801-2929 | Sunbelt Rentals<br>1004 Hickory Hill Lane Unit 1<br>Hermitage, TN 37076-1931 | TNT Crane<br>925 S Loop W<br>Houston, TX 77054-4606 |
| Tenet Corp.<br>1100 Old Highway 8 NW<br>Saint Paul, MN 55112-6447 | The Rafter D LLC<br>2802 Juan St<br>San Diego, CA 92110-2763 | Town & Country Leasing, LLC<br>1097 Commercial Avenue # C<br>East Petersburg, PA 17520-1648 |
| Truist Bank<br>600 W Broadway<br>Ste 2000<br>San Diego, CA 92101-3358 | Truist Bank<br>Attn: Bankruptcy Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 | Truist Bank<br>PO Box 849<br>Wilson, NC 27894-0849 |
| United Rentals<br>450 Glass Lane<br>Modesto, CA 95356-9287 | United Rentals (North America), Inc.<br>C/O CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | Vacuworx Global LLC<br>10105 E 55th Pl.<br>Tulsa, OK 74146-6406 |
| Verizon Inc.<br>26000 Cannon Road<br>Bedford, OH 44146-1807 | Wagner Rental<br>4000 Osuna Road NE<br>Albuquerque, NM 87109-4423 | Wagner Smith<br>135 N. 22nd Ave.<br>Phoenix, AZ 85009 |

```
Wells Fargo Bank NA                    Wells Fargo Bank, N.A.                 Wells Fargo Bank, N.A.
PO Box 14517                           Default Document Processing            c/o Katelyn Krabbenhoft
Des Moines, IA 50306-3517              P.O. Box 1629                          HALLIDAY, WATKINS & MANN, P.C.
                                       Minneapolis, MN 55440-1629             376 East 400 South, Suite 300
                                                                              Salt Lake City, UT 84111-2906


Wells Fargo Bank, N.A.,                Wells Fargo Home Mortgage              Wells Fargo Home Mortgage
Wells Fargo Card Services              Attn: Bankruptcy                       PO Box 10335
PO Box 10438, MAC F8235-02F            1 Home Campus                          Des Moines, IA 50306-0335
Des Moines, IA  50306-0438             # MAC X2303-01A
                                       Des Moines, IA 50328-0001


Christopher Wayne Glenn                Maurice VerStandig                     Robert B. Raschke
12548 24th St NW                       The Dakota Bankruptcy Firm             Assistant U.S. Trustee
Watford City, ND 58854-6852            1630 1st Avenue N                      Suite 1015 U.S. Courthouse
                                       Suite B PMB 24                         300 South Fourth Street
                                       Fargo, ND 58102-4246                   Minneapolis, MN 55415-1320


Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First International Bank & Trust       Ford Motor Credit Company              (d)First International Bank & Trust
3001 25th Street South                 P.O. Box 537901                        c/o Sean T. Foss
Fargo, ND 58103                        Livonia, MI 48153-7901                 3001 25th Street South
                                                                              Fargo, ND 58103


Mohela/Dept of Ed                      Nationstar Mortgage LLC
633 Spirit Dr                          PO Box 619096
Chesterfield, MO 63005-1243            Dallas, TX 75261-9741
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company LLC       (u)Kirby-Smith Machinery, Inc.         (u)Lighthouse Management Group, Inc.




(u)Nationstar Mortgage LLC             (u)Wells Fargo Bank, N.A.              (d)ACAR Leasing Ltd.
                                                                              d/b/a GM Financial Leasing
                                                                              P O Box 183853
                                                                              Arlington, TX 76096-3853
```

```
(d)Ford Motor Credit Company, LLC            End of Label Matrix
4515 N. Santa Fe Ave. Dept. APS              Mailable recipients    99
Oklahoma City, OK 73118-7901                 Bypassed recipients     7
                                             Total                 106
```