UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) <br> ) <br> Christopher Wayne Glenn, ) <br> Aka Christopher Glenn, ) <br> ) <br> ) <br> ) <br> Debtor, ) | Case No. 23-30132 <br><br> Chapter 11 <br> Subchapter V |

SUBCHAPTER V TRUSTEE REPORT OF NO DISTRIBUTION

    I, Thomas Kapusta, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $00.00.  A non-consensual plan was confirmed on August 30, 2023.  No plan payments were made to the trustee. According to the debtor, the plan substantially was consummated and, pursuant to 11 U.S.C. § 330(a) [or 11 U.S.C. 586(e)(5), as applicable], on November 18, 2024.  The Court ordered on October 17, 2024 post-confirmation compensation of $632.25 be awarded to the trustee (total pre-and post-confirmation fees and expenses totaled $9496.75).  These funds have been paid by the debtor to the trustee.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.

    WHEREFORE, Trustee requests that he be discharged from any further duties as Subchapter V Trustee.

Dated: April 10, 2025

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

## CERTIFICATE OF SERVICE

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: April 10, 2025

<u>/s/ Thomas Kapusta</u>

Thomas Kapusta