United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30132-skh |
| Christopher Wayne Glenn | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 5
Date Rcvd: May 14, 2025  Form ID: pdftoall  Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Wayne Glenn, 12548 24th St NW, Watford City, ND 58854-6852 |
| 1083320 | + | Acuren, Inc., 30 Main Street Suite 402, Danbury, CT 06810-3004 |
| 1085458 | + | Airgas USA, LLC, 110 West 7th St Suite 1400, Tulsa OK 74119-1077 |
| 1083321 | + | Airgas, Inc., 259 North Radnor-Chester Road Suite 100,, Radnor, PA 19087-5240 |
| 1083322 | + | All Points Capital, 275 Broadhollow Rd, Melville, NY 11747-4863 |
| 1083323 | + | All Wheel Financial, 500 Ford Rd., Minneapolis, MN 55426-1062 |
| 1083324 | + | Ally Financial, 5591 Chamblee Dunwoody Road Suite 210, Atlanta, GA 30338-4177 |
| 1084244 | + | Automotive & Industrial Distributors of Billings, PO Box 1999, Billings MT 59103-1999 |
| 1083328 | + | Aysegul Tekmen, 38 Blackpool Road, Rehoboth Beach, DE 19971-3511 |
| 1083329 | + | Bell Lumber, 778 1ST St NW, Saint Paul, MN 55112-3216 |
| 1083330 | + | Bes Supply, 502 E. Center Ave, Carlsbad, NM 88220-6106 |
| 1083331 | + | Border States Electric, 2400 38th Street South, Fargo, ND 58104-7873 |
| 1085665 | + | Border States Industries, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 1083332 | + | Borsheim Crane Services ll, PO Box 1344 8 48th Ave W, Williston, ND 58802-1344 |
| 1083335 | + | C M Heavy Machinery, LLC, PO Box 309 111097 Hwy27, Okemah, OK 74859-0309 |
| 1084930 | + | C/O CRF Solutions, PO Box 1389, Simi Valley, CA 93062-1389 |
| 1084104 | | CM HEAVYMACHINERY, LLC, 111097 OK -27, OKEMAH, OK 74859 |
| 1083342 | + | CSDZ, LLC, 225 South Sixth Street Suite 1900, Minneapolis, MN 55402-4638 |
| 1085742 | + | Carl D. Neff, CSC Station, 112 S. French Street, Wilmington, DE 19801-5035 |
| 1083338 | + | Caterpillar Inc., 5205 North O'Connor Boulevard Suite 100, Irving, TX 75039-3712 |
| 1083341 | + | Cross Country Infrastructure Services, 2251 Rifle Street, Aurora, CO 80011-3531 |
| 1083344 | | First International Bk, 100 N Main, Watford City, ND 58854 |
| 1083346 | + | High Country Fusion Inc, PO Box 509, Fairfield, ID 83327-0509 |
| 1083347 | + | Holland Pump Co., 7312 Westport Place, West Palm Beach, FL 33413-1661 |
| 1083350 | + | Kara Glenn, 12548 24th ST NW, Watford City, ND 58854-6852 |
| 1087848 | + | Kirby-Smith Machinery, Inc., c/o Michael L. Gust, ABST Law, P.C., 4132 30th Avenue South, Suite 100, Fargo, ND 58104-8407 |
| 1083355 | | Lund Oil, Inc., c/o Ross Sundeen, Esq., Johnson & Sundeen 109 5th St SW, Watford City, ND 58854 |
| 1083354 | + | Lund Oil, Inc., 3605 4th Ave NE, Watford City, ND 58854-7001 |
| 1083356 | + | Manufacturers and Traders Trust Company, Successor to Wilmington Trust Company, 7 St. Paul Street Suite 820, Baltimore, MD 21202-1681 |
| 1083358 | + | Midwest Erosion Control, 2715 Prairie Oak Dr, Dickinson, ND 58601-6729 |
| 1083359 | + | Missouri Basin Materials, 1813 Northern Plains Dr, Bismarck, ND 58504-6846 |
| 1086316 | + | Nationstar Mortgage LLC, c/o Benjamin J. Mann, Halliday, Watkins & Mann, P.C., 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |
| 1083361 | + | PACK Private Capital, LLC, c/o The Corporation Trust Company, Corporation Trust Center 1209 Orange Str, Wilmington, DE 19801-1120 |
| 1083362 | + | PACK Private Equity, 1905 Wayzata Blvd. W #320, Wayzata, MN 55391-5006 |
| 1083363 | + | RDO Equipment Inc., PO Box 7160, Fargo, ND 58106-7160 |
| 1083405 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth St., Minneapolis, MN 55415-1320 |
| 1083364 | | Silver Fox Energy LLC, 2312 126th Ave. C NW, Watford City, ND 58854 |
| 1083366 | + | Summit Fleet, 3102 2nd Ave W, Williston, ND 58801-2929 |
| 1083370 | + | TNT Crane, 925 S Loop W, Houston, TX 77054-4606 |
| 1083368 | + | Tenet Corp., 1100 Old Highway 8 NW, Saint Paul, MN 55112-6447 |
| 1083371 | + | Town & Country Leasing, LLC, 1097 Commercial Avenue # C, East Petersburg, PA 17520-1648 |

| | | |
|---|---|---|
| 1084931 | + | United Rentals (North America), Inc., C/O CRF Solutions, PO Box 1389, Simi Valley, CA 93062-1389 |
| 1083376 | + | Vacuworx Global LLC, 10105 E 55th Pl., Tulsa, OK 74146-6406 |
| 1083377 | + | Verizon Inc., 26000 Cannon Road, Bedford, OH 44146-1807 |
| 1083378 | + | Wagner Rental, 4000 Osuna Road NE, Albuquerque, NM 87109-4423 |
| 1083379 | | Wagner Smith, 135 N. 22nd Ave., Phoenix, AZ 85009 |
| 1083493 | + | Wells Fargo Bank, N.A., c/o Katelyn Krabbenhoft, HALLIDAY, WATKINS & MANN, P.C., 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2025 18:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: sfoss@fibt.com | May 14 2025 18:48:00 | First International Bank & Trust, 3001 25th Street South, Fargo, ND 58103 |
| cr | | Email/Text: EBNBKNOT@ford.com | May 14 2025 18:48:00 | Ford Motor Credit Company, P.O. Box 537901, Livonia, MI 48153-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 18:46:47 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rb_bank@riezmanberger.com | May 14 2025 18:48:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, c/o Riezman Berger, P.C., 7700 Bonhomme Avenue, 7th Floor, St. Louis, MO 63105-1960 |
| 1083745 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2025 18:48:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 1084482 | | Email/PDF: bncnotices@becket-lee.com | May 14 2025 18:46:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 1083325 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2025 18:48:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 1083327 | | Email/PDF: bncnotices@becket-lee.com | May 14 2025 18:46:43 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 1083326 | | Email/PDF: bncnotices@becket-lee.com | May 14 2025 18:46:52 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 1083333 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2025 18:58:31 | Brand Source/Citi Bank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 1083334 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2025 18:58:51 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 1083336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 18:46:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1083337 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 18:46:52 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 1084654 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 18:46:52 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 1083339 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2025 18:58:16 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 1083340 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2025 18:58:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 1083343 | + | Email/Text: REV_Bankruptcy_General@state.de.us | May 14 2025 18:48:00 | Delaware Division of Revenue, 820 N. French Street, Wilmington, DE 19801-3530 |
| 1084246 | | Email/Text: mrdiscen@discover.com | May 14 2025 18:48:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |

Case 23-30132   Doc 138   Filed 05/16/25   Entered 05/16/25 23:30:12   Desc Imaged
                         Certificate of Notice   Page 3 of 7

| District/off: 0868-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdftoall | Total Noticed: 93 |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 1085957 | | Email/Text: sfoss@fibt.com | May 14 2025 18:48:00 | First International Bank & Trust, c/o Sean T. Foss, 3001 25th Street South, Fargo, ND 58103 |
| 1083345 | ^ | MEBN | May 14 2025 18:44:41 | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 1085555 | | Email/Text: EBNBKNOT@ford.com | May 14 2025 18:48:00 | Ford Motor Credit Company LLC, P.O. Box 552679, Detroit, MI 48255-2679 |
| 1086721 | + | Email/Text: BKRMailOps@weltman.com | May 14 2025 18:48:00 | Ford Motor Credit Company LLC, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 1095193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 18:46:43 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1108605 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 18:46:47 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1083348 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2025 18:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1084007 | + | Email/Text: RASEBN@raslg.com | May 14 2025 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 1083349 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 14 2025 18:46:43 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 1083351 | + | Email/Text: creditdepartment@kirby-smith.com | May 14 2025 18:48:00 | Kirby-Smith Machinery, Inc., PO Box 270300, Oklahoma City, OK 73137-0300 |
| 1085725 | | Email/Text: bankruptcy@bbandt.com | May 14 2025 18:48:00 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 1083352 | | Email/Text: EBNBKNOT@ford.com | May 14 2025 18:48:00 | Lincoln Automotive Fin, PO Box 542000, Omaha, NE 68154-8000 |
| 1083353 | | Email/Text: EBNBKNOT@ford.com | May 14 2025 18:48:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 1083360 | | Email/Text: EBN@Mohela.com | May 14 2025 18:48:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 1083357 | + | Email/Text: ar@mccody.com | May 14 2025 18:48:00 | Mccody Concrete Products, PO Box 4005, Williston, ND 58802-4005 |
| 1087200 | | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2025 18:48:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 1086209 | + | Email/Text: ecfbnc@aldridgepite.com | May 14 2025 18:48:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 1084590 | + | Email/Text: REV_Bankruptcy_General@state.de.us | May 14 2025 18:48:00 | State of Delaware Division of Revenue, Kathleen Cruz-Morefield, PO Box 8763, Wilmington, DE 19899-8763 |
| 1083372 | + | Email/Text: bankruptcy@bbandt.com | May 14 2025 18:48:00 | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 1083374 | ^ | MEBN | May 14 2025 18:44:43 | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 1083373 | | Email/Text: bankruptcy@bbandt.com | May 14 2025 18:48:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 1083375 | + | Email/Text: sluna@ur.com | May 14 2025 18:48:00 | United Rentals, 450 Glass Lane, Modesto, CA 95356-9287 |
| 1083380 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 14 2025 18:58:21 | Wells Fargo Bank NA, PO Box 14517, Des |

Case 23-30132   Doc 138   Filed 05/16/25   Entered 05/16/25 23:30:12   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0868-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdftoall | Total Noticed: 93 |

| | | | | |
|---|---|---|---|---|
| | | | | Moines, IA 50306-3517 |
| 1083381 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | May 14 2025 18:58:24 | Wells Fargo Bank, N.A., Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 1084591 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | May 14 2025 18:58:18 | Wells Fargo Bank, N.A.,, Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 1083383 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | May 14 2025 18:58:53 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 1083382 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | May 14 2025 18:58:18 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | Kirby-Smith Machinery, Inc. |
| cr | | Lighthouse Management Group, Inc. |
| cr | | Nationstar Mortgage LLC |
| cr | | Wells Fargo Bank, N.A. |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1084008 | *+ | ACAR Leasing Ltd., d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 1084009 | *+ | ACAR Leasing Ltd., d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 1084483 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 1083365 | ##+ | Silver Fox Pipeline and Facility Service, PO Box 2337, Watford City, ND 58854-2337 |
| 1083367 | ##+ | Sunbelt Rentals, 1004 Hickory Hill Lane Unit 1, Hermitage, TN 37076-1931 |
| 1083369 | ##+ | The Rafter D LLC, 2802 Juan St, San Diego, CA 92110-2763 |

TOTAL: 5 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin J. Mann | |
| | on behalf of Creditor Nationstar Mortgage LLC ben@hwmlawfirm.com ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com |
| Douglas Murch | |
| | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 5 of 5 |
| Date Rcvd: May 14, 2025 | Form ID: pdftoall | Total Noticed: 93 |

Douglas Murch
  on behalf of Creditor Ford Motor Credit Company dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com

John M Krings, Jr.
  on behalf of Creditor Lighthouse Management Group  Inc. john@kaler-doeling.com, janae@kaler-doeling.com

Katelyn Marie Krabbenhoft
  on behalf of Creditor Nationstar Mortgage LLC katelyn@hwmlawfirm.com

Katelyn Marie Krabbenhoft
  on behalf of Creditor Wells Fargo Bank  N.A. katelyn@hwmlawfirm.com

Kathryn A Klein
  on behalf of Creditor JPMorgan Chase Bank  N.A. s/b/m/t Chase Bank USA, N.A. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

Maurice VerStandig
  on behalf of Debtor Christopher Wayne Glenn mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
  on behalf of Creditor Kirby-Smith Machinery  Inc. mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
  USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
  on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Sean T. Foss
  on behalf of Creditor First International Bank & Trust sfoss@fibt.com

Thomas Kapusta
  tkapusta@aol.com

Thomas Kapusta
  on behalf of Trustee Thomas Kapusta tkapusta@aol.com

TOTAL: 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christopher Wayne Glenn aka Christopher Glenn <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−6802 <br> EIN  __−_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __−_____ |
| United States Bankruptcy Court | District of North Dakota | |
| Case number: | 23-30132 | |

# Order of Discharge
04/20

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1192 is granted to:

Christopher Wayne Glenn
aka Christopher Glenn

5/14/25

**By the court:**  Shon Hastings
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in an Individual's Case under § 1192 of Chapter 11, Subchapter V

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtor's damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts that arose before confirmation of the plan and for administrative expenses provided for in the plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

For more information, see page 2 ▶

Form 3180RV2    Chapter 11 Discharge for Individual Whose Plan was Confirmed under § 1191(b)    page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

- debts described by 11. U.S.C. § 1192(1): those on which the last payment is due after the first 3 years of the plan, or such other time not to exceed 5 years fixed by the court.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of subchapter V discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**