**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Christopher Wayne Glenn,
a/k/a Christopher Glenn,

        Debtor.
_____/

Bky. Case No. 23-30132
Chapter 11

**FINAL DECREE CLOSING CASE**

On April 3, 2025, the Debtor filed a Motion to Enter Discharge Under Chapter 11 (Subchapter V) Case. In his motion, Debtor represented that he completed all repayment obligations under his plan or reorganization except for those not yet due and correlative to long term debt secured by real property. Doc. 133. The Chapter 11 Subchapter V Trustee filed his Final Report on April 10, 2025. Doc 134. The Court entered an Order Discharging Debtor on May 14, 2025. Doc 136. Pursuant to Bankruptcy Rule 3022 and 11 U.S.C. § 350, the Court shall close a case when it is fully administered. This case is fully administered.

IT IS ORDERED that the Subchapter V Trustee is discharged, and the Clerk of Court may close this bankruptcy case.

Dated this 11th day of June, 2025.

        /s/ Shon Hastings
        Shon Hastings, Judge
        United States Bankruptcy Court